**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Paul J. Johnson (#320642)
Wing C. Dam (#337994)
55 S. Market Street, Suite 1420
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

Attorneys for Defendants,
ColigoMed, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Specialty Pharmacy, LLC, a limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Sameer Padhye, an individual, Maybelline Sana, an individual, Rayne Bridges, an individual, Abhinay Padhye, an individual, ColigoMed, Inc., a Delaware corporation, Enlil, Inc., a Delaware corporation, and Does 1-50.<br><br>    Defendants. | Case No. 5:23-CV-4357<br><br>**DECLARATION OF PAUL JOHNSON IN SUPPORT OF DEFENDANT COLIGOMED, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Date: November 30, 2023**<br>**Time: 10:00 a.m.**<br>**Judge: Honorable P. Casey Pitts**<br>**Place: Courtroom 8, 4th Floor, San Jose Federal Courthouse** |

**DECLARATION OF PAUL JOHNSON**

1.  The following matters are of my own personal knowledge and if called upon to testify to the matters stated herein, I could and would competently testify to them.

2.  I am an attorney licensed to practice law before this Court and am an associate at Diemer & Wei, LLP ("Diemer & Wei"), located at 55 S. Market Street, Suite 1420, San Jose, CA 95113, attorneys for Defendant ColigoMed, Inc. ("ColigoMed").

3.  Attached as Exhibit A to this declaration is a true and correct copy of the statement of information for Defendant ColigoMed, Inc. on file with the California Secretary of State. I downloaded this statement of information from the Secretary of State website.

4.  On October 2, 2023, I sent a meet and confer letter to Cyrus Johnson, counsel for Plaintiff National Specialty Pharmacy, LLC ("NSP"), informing him that his client's First

Amended Complaint alleges no facts against ColigoMed to support a cause of action against it and generally fails to meet the well-known pleading standard under *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570 (2007). I offered to meet and confer with him electronically or telephonically in attempts to resolve the matter without involving the court but have not since received any responsive communication from him. A true and correct copy of this letter is attached hereto as Exhibit B.

5.  The only communication I have receive from Plaintiff's Counsel, Cyrus Johnson, is an email on September 29, 2023 stating: "I am not certain how previous contact was missed yet it was inadvertently. Appended please find courtesy copy of First Amended Complaint from 9.15.23 for your reference."  Mr. Johnson did not respond to my later email discussed above in paragraph 4 of this declaration.

Dated: October 5, 2023                                                  Diemer & Wei, LLP


                                                                               /s/ Paul Johnson
                                                                               Paul Johnson

# EXHIBIT A

22-602255



**Secretary of State
Statement of Information**
(California Stock, Agricultural Cooperative and Foreign Corporations)

SI-550

24 BC

**FILED**
Secretary of State
State of California

FEB 03 2022

26.50/25/PC

This Space For Office Use Only

**IMPORTANT** — Read instructions before completing this form.

**Fees (Filing plus Disclosure) - $25.00;**

**Copy Fees** - First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

ColigoMed Inc.

**2. 7-Digit Secretary of State Entity Number**

4841017

### 3. Business Addresses

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1027 Belvedere Lane | San Jose | CA | 95129 |
| b. Mailing Address of Corporation, **if different than item 3a** | City (no abbreviations) | State | Zip Code |
|  |  |  |  |
| c. Street Address of Principal **California** Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|  |  | CA |  |

### 4. Officers

The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer   First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sabhapathi | Naidu | Annamaneni |  |
| Address | City (no abbreviations) | State | Zip Code |
| 1027 Belvedere Lane | San Jose | CA | 95129 |

| b. Secretary   First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sabhapathi | Naidu | Annamaneni |  |
| Address | City (no abbreviations) | State | Zip Code |
| 1027 Belvedere Lane | San Jose | CA | 95129 |

| c. Chief Financial Officer   First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sabhapathi | Naidu | Annamaneni |  |
| Address | City (no abbreviations) | State | Zip Code |
| 1027 Belvedere Lane | San Jose | CA | 95129 |

SI-550 (REV 11/2021)   1/2   2021 California Secretary of State
bizfile.sos.ca.gov

22-602255

**5. Director(s)**  California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sabhapathi | Naidu | Annamaneni | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1027 Belvedere Lane | San Jose | CA | 95129 |

b. Number of Vacancies on the Board of Directors, if any

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

Cogency Global Inc.   (C2003899)

**7. Type of Business**

Describe the type of business or services of the Corporation

Web and mobile based software for healthcare - Digital health platform

**8. Labor Judgment**

| Does an Officer or Director have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes ☑ No |
|---|---|

**9. The Information contained herein, including in any attachments, is true and correct.**

_01/21/2022_ Date

Sabhapathi Naidu Annamaneni
Type or Print Name

President & CEO
Title

[signature]
Signature

SI-550 (REV 11/2021)    2/2    2021 California Secretary of State
bizfile.sos.ca.gov

# EXHIBIT B

| | LAW OFFICES | |
| :--- | :---: | ---: |
| | DIEMER & WEI, LLP | |
| KATHRYN S. DIEMER | 55 S. MARKET STREET, SUITE 1420 | JULIA M. WEI |
| | SAN JOSE, CALIFORNIA  95113 | |
| | TELEPHONE: (408) 971-6270 | |
| | FACSIMILE: (408) 971-6271 | |
| SUSAN B. LUCE | | HENRY CHUANG |
| PAUL J. JOHNSON | | WING DAM |

October 2, 2023

CYRUS JOHNSON ESQ.
7300 SH 121 STE. 300
McKinney, Texas 75070
Telephone: (972) 516-4322
Email: email@cyrusjohnson.com

> RE: National Specialty Pharmacy, Inc. v. ColiGoMed Inc. et al.

Dear Cyrus Johnson

My firm has been retained by ColigoMed, Inc. to represent it in the lawsuit that you filed against it in the Northern District of California.  This lawsuit is to inform you of the defects in the First Amended Complaint ("FAC") and to meet and confer with you regarding dismissal of the FAC.

As you are no doubt aware, a complaint in Federal Court must allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  The problems with the complaint you filed are twofold.  I previously wrote to you regarding these defects and my firm filed a detailed motion to dismiss on this issues as to the original complaint.  The FAC did not address these issues in anyway.

First, the complaint, and the FAC, alleges no facts at all against ColigoMed to support a cause of action against it.  ColigoMed is listed as a Defendant in the causes of action for tortious interefence, conversion, conspiracy to convert, misappropriation of trade secrets, and unfair business practices.  The complaint alleges no action by ColigoMed to support that it is liable under any of these theories, or any under theory.  For example, in the context of tortious interference, the Complaint does not allege that ColigoMed was aware of any of Plaintiff's contracts nor that it took any actions to interfere with them.

The only difference as to the allegations regarding ColigoMed appears to be in paragraph 56 of the FAC which now alleges that all of the Defendnats, including ColigoMed "data mined" "sensitive private information and trade secrets" belonging to Plaintiff. The complaint still does not specify at all what ColigoMed supposedly took or how it took. Your use of the word "data mined", which you define as "take" is nonsensical.  If the phrase is interpreted as just as to "take" it is utterly ambiguous and adds

no more specifity to the complaint.  It is no different than saying "Defendants took Plaintiff's undefined trade secrets", which, as laid out in our prior motion to dismiss, falls far short of the federal pleading standard.  Webster defines datamining as "the practice of searching through large amounts of computerized data to find useful patterns or trends."  Nothing in your complaint complaint specifies that ColigoMed did this to any of your client's private data.

      Second, the only facts alleged specifically in regard to ColigoMed is that "On information and belief, it is suspected that Defendant Padhye also owns and/or controls Coligomed and that Coligomed acted as a conduit and/or recipient of beneficiary of improperly obtained company proprietary property" FAC, ¶ 8.  Primarily, this fails to satisfy any federal pleading standard to support a cause of action.  Additionally, attached to this letter is the Statement of Information for ColigoMed on file with the California Secretary of State.  A-Padhye is listed no where on the statement of information and A-Padhye in fact has no ownership interest in ColigoMed.  Please also note that Federal Rule of Civil Procedure 11(b)(3) requires that factual allegations in a complaint have evidentiary support or are likely to have evidentiary support.

      We will set the hearing for the motion to dismiss on November 30, 2023.  Please let us know if you are unavailable on that date.

      My firm is available to meet and confer regarding the amended complaint by e-mail, and we are available to set up a telephone call to discuss your complaint anytime this week.  My e-mail address is pjohnson@diemerwei.com.

      Very Truly Yours,

      Paul Johnson, Esq.