**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Paul J. Johnson (#320642)
Wing C. Dam (#337994)
55 S. Market Street, Suite 1420
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

Attorneys for Defendants,
ColigoMed, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Specialty Pharmacy, LLC, a limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Sameer Padhye, an individual, Maybelline Sana, an individual, Rayne Bridges, an individual, Abhinay Padhye, an individual, ColigoMed, Inc., a Delaware corporation, Enlil, Inc., a Delaware corporation, and Does 1-50. <br><br> Defendants. | Case No. 5:23-CV-4357 <br><br> **Certificate of Service** |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, as required by FRCP 5(b), that on October 6, 2023, I filed the concurrently filed DEFENDANT COLIGOMED'S MOTION TO DISMISS FIRST AMENDED AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT, REQUEST FOR JUDICIAL NOTICE, DECLARATION OF PAUL JOHNSON AND PROPOSED ORDER

via the CM/ECF system and upon the defendants via e-mail as follows:

Cyrus Johnson CA SBN 225797
CYRUS JOHNSON ESQ.
Email: email@cyrusjohnson.com

**via First Class Mail Service:**
Rayne Bridges
7340 Jelson Falls St.
Las Vegas, NV 89131

By:/s/ *Kathryn S. Diemer*
　　　Kathryn S. Diemer