UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMEER PADHYE, et al.,<br><br>  Defendants. | Case No. 23-cv-04357-PCP<br><br>**ORDER RE: SCHEDULING** |

The motion to continue the Initial Case Management Conference (Dkt. No. 45) is granted. The Case Management Conference previously set for December 21, 2023 and the hearings on the four pending motions to dismiss by defendants Rayne Bridges (Dkt. No. 14), Coligomed, Inc. (17), Maybelline Sana (28), and Enlil, Inc. (44) are all reset for **January 11, 2024 at 11:00 AM** via Zoom webinar. The webinar link is available at cand.uscourts.gov/judges/pitts-p-casey-pcp.

Advanced notice is required of counsel or parties who wish to be identified as making an appearance or who will be participating in the argument at the hearing. A list of names and emails must be sent to the Courtroom Deputy at PCPcrd@cand.uscourts.gov at least 24 hours before the hearing. People granted access to court proceedings held by Zoom are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots, is absolutely prohibited. *See* General Order 58. More instructions are available at cand.uscourts.gov/zoom.

The parties shall submit a case management statement by **December 28, 2023**. While the Court strongly prefers a joint statement by all parties, because some parties in this case are not represented by counsel the parties may also file separate case management statements. *See* Civil Local Rule 16-9. Pursuant to the September 4, 2023 scheduling order in this case, the parties'

deadline to meet and confer regarding ADR process selection and to file the ADR certification form was November 7, 2023. Accordingly, by December 28, 2023 each party shall also ensure that they have completed and filed the required ADR Certification Form (cand.uscourts.gov/about/court-programs/alternative-dispute-resolution-adr/adr-forms). The parties shall indicate their plans or any disagreement regarding alternative dispute resolution in their case management statement.

The Court also informs the parties who are representing themselves that the Federal Pro Se Program at the San José Courthouse provides free information and limited-scope legal advice to pro se parties. The Program can help determine whether cases might be eligible for appointment of pro bono counsel and can provide referrals to other legal services. Appointments can be made by calling (408) 297-1480. More information is available online at cand.uscourts.gov/helpcentersj.

**IT IS SO ORDERED.**

Dated: December 8, 2023

_____
P. Casey Pitts
United States District Judge