**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Paul J. Johnson (#320642)
55 S. Market Street, Suite 1420
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

Attorneys for Defendants,
ColigoMed, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Specialty Pharmacy, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Sameer Padhye, an individual, Maybelline Sana, an individual, Rayne Bridges, an individual, Abhinay Padhye, an individual, ColigoMed, Inc., a Delaware corporation, Enlil, Inc., a Delaware corporation, and Does 1-50.<br><br>Defendants. | Case No. 5:23-CV-4357<br><br>**NOTICE OF CHANGE IN COUNSEL** |

Notice of Change in Counsel

Paul Johnson is separating from the law firm Diemer & Wei and is no longer counsel for ColigoMed, Inc.

Please remove Paul Johnson from the ECF/Pacer notice list in this case. At least one other member of Diemer and Wei, LLP receives notice through ECF and will continue to serve as counsel of record for ColigoMed, Inc..

Dated: December 28, 2023                    Diemer & Wei, LLP


                                            __/s/ Paul Johnson_____
                                            Kathryn S. Diemer
                                            Paul Johnson
                                            Attorney for Defendant ColigoMed, Inc.

Notice of Change in Counsel