**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
Paul J. Johnson (#320642)
55 S. Market Street, Suite 1420
San Jose, California 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271

Attorneys for Defendants,
ColigoMed, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Specialty Pharmacy, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Sameer Padhye, an individual, Maybelline Sana, an individual, Rayne Bridges, an individual, Abhinay Padhye, an individual, ColigoMed, Inc., a Delaware corporation, Enlil, Inc., a Delaware corporation, and Does 1-50.<br><br>Defendants. | Case No. 5:23-CV-4357<br><br>**PROOF OF SERVICE** |

Notice of Change in Counsel

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is Diemer & Wei, LLP, 55 S. Market Street, Suite 1420, San Jose, CA 95113.

On January 2, 2024, I served the below document(s) entitled:

Notice of Change in Counsel

On counsel for the parties in this action, or on the parties in pro se, as follows by ECF filing on the following:

Benjamin Daniel Brown, Jr     b.d.brown@gmail.com

Christopher Quinn Adams     cadams@ohaganmeyer.com, skines@ohaganmeyer.com

Cyrus Jacob Johnson     email@cyrusjohnson.com, daniel.louis.schmid@gmail.com

Dana Johannes Finberg     dfinberg@ohaganmeyer.com, tleal@ohaganmeyer.com

Kathryn S. Diemer     kdiemer@diemerwei.com, ecfnotice@diemerwhitman.com, nrowbottom@diemerwei.com

Paul Jeffrey Johnson     pjohnson@diemerwei.com

Rayne Bridges     bridgesrayne@gmail.com

Richard Henry Poulson     rich@richardpoulsonlaw.com

Notice of Change in Counsel

Ryan Martin Penhallegon     rpenhallegon@structurelaw.com, cford@structurelaw.com, cgrady@structurelaw.com

Sonya Tamiry     stamiry@structurelaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 2, 2024 Name: _____*/s/ Paul J. Johnson*_____