**O'HAGAN MEYER**
Dana J. Finberg  (SBN 257459)
O'HAGAN MEYER, PLLC
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
DFinberg@ohaganemeyer.com


C. Quinn Adams (admitted *pro hac vice*)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
T: (804) 403-7125
CAdams@ohaganemeyer.com

Attorneys for Defendants,
ENLIL, INC. AND SAMEER PADHYE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC<br><br>                Plaintiff,<br><br>        v.<br><br>SAMEER PADHYE, *et al.*,<br><br>                Defendants. | Case No.: 5:23-CV-4357-PCP<br><br>**DEFENDANT SAMEER PADHYE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, defendant Sameer Padhye ("Mr. Padhye"), by counsel, certifies that the following listed persons and/or entities may have a financial interest in the subject matter in controversy or in a party to the proceeding:

NONE

Mr. Padhye further certifies that it is unaware of any conflicts that the presiding judge may have.

Dated: February 22, 2024     **O'HAGAN MEYER, PLLC**

/s/ Dana J. Finberg
Dana J. Finberg  (SBN 257459)
C. Quinn Adams (admitted *pro hac vice*)
O'HAGAN MEYER, PLLC
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
T: (415) 578-6902
DFinberg@ohaganemeyer.com
CAdams@ohaganmeyer.com
Attorneys for Sameer Padhye

DEFENDANT SAMEER PADHYE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on February 22, 2024.

<u>/s/ Dana J. Finberg</u>