UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMEER PADHYE, et al.,<br><br>Defendants. | Case No. 23-cv-04357-PCP<br><br>**CASE MANAGEMENT ORDER** |

Based on the discussions held at the March 7, 2024 Case Management Conference, the following schedule is set for this case:

**Deadlines**

- Amendments and Joinder     June 3, 2024
- Fact Discovery Cutoff     November 15, 2024
- Designation of Opening Experts with Reports     January 20, 2025
- Designation of Rebuttal Experts with Reports     February 10, 2025
- Expert Discovery Cutoff     March 7, 2025
- Completion of ADR     April 7, 2025
- Filing of Dispositive/*Daubert* Motion(s)     April 7, 2025

**Trial Schedule**

- Joint Pretrial Conference     April 8, 2025
- Jury Trial (4 days)     May 12, 2025

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*ADR.* By **July 18, 2024**, the parties shall meet and confer in order to reach an agreement on an ADR process, and file either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) the form entitled "Notice of Need for ADR Phone Conference." As explained in the Court's standing order, cases will generally not be referred for settlement conferences with a magistrate judge unless the parties have already attempted one of the other processes listed in ADR Local Rule 3-4.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: July 2, 2024

P. Casey Pitts
United States District Judge