UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Specialty Pharmacy, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Sameer Padhye, et al.,<br><br>Defendants | Case No.  23-cv-04357-PCP<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>Bijal Vakil
>Allen Overy Shearman Sterling US LLP
>1460 El Camino Real
>Menlo Park, CA 94025
>650-388-1703
>Bijal.vakil@aoshearman.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
23-cv-04357-PCP

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 1, 2024

                          MARK B. BUSBY
                          Clerk of Court
                          by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
23-cv-04357-PCP                       2