```
Richard H. Poulson (SBN: 178479)
LAW OFFICE OF RICHARD H. POULSON
The Mansard Building
2233 Santa Clara Avenue, Suite 3
Alameda, California  94501
Telephone:     (510) 747-8034
E-mail:        rich@richardpoulsonlaw.com

Attorneys for Defendant
SAMEER PADHYE
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL SPECIALTY PHARMACY, LLC, | Case No.: 5:23-CV-4357-PCP |
|---|---|
| Plaintiff, | **DEFENDANT SAMEER PADHYE's MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| SAMEER PADHYE, *et al*, | |
| Defendants. | |

To all parties and their counsel of record, PLEASE TAKE NOTICE THAT, PURSUANT TO Local Civil Rules 5-1(c)(2) and 11-5, Defendant Sameer Padhye hereby moves the Court for an order permitting the withdrawal of its counsel of record, Dana Finberg, Esq. and Christopher Quinn Adams, Esq. of O'Hagan Meyer LLP, and the appearance of substitute counsel, Richard H. Poulson of the Law Office of Richard H. Poulson, as his attorney of record in the above-captioned action.

Defendant Sameer Padhye and his current counsel at O'Hagan Meyer LLP consent to such withdrawal and substitution of counsel.

Accordingly, Defendant Sameer Padhye respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

```
Richard H. Poulson (SBN 178479)
Law Office of Richard H. Poulson
2233 Santa Clara Avenue, Suite 3
Alameda, California  94501
(510) 747-8034
rich@richardpoulsonlaw.com
```

**DEFENDANT'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

Counsel and Defendant Benjamin Brown have been informed of the proposed substitution and no party has objected.

The motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Defendant Sameer Padhye respectfully request this Court enter its Order permitting the withdrawal and substitution of counsel and update the Court's ECF system for this case by removing Dana Finberg, Esq. and Christopher Adams, Esq. of O'Hagan Meyer LLP as counsel of record and substitute in their place Richard H. Poulson, Esq. of the Law Office of Richard H. Poulson.

Dated: August 22, 2024    O'HAGAN MEYER

By: /s/ *Dana Finberg*
DANA FINBERG
O'Hagan Meyer LLP
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
415-578-6902
dfinberg@ohaganmeyer.com

O'HAGAN MEYER

By: /s/ *Christopher Quinn Adams*
CHRISTOPHER QUINN ADAMS
O'Hagan Meyer LLP
One Embarcadero Center, Suite 2100
San Francisco, CA 94111
415-578-6902
cadams@ohaganmeyer.com

Date: August 22, 2024    LAW OFFICE OF RICHARD H. POULSON

By: /s/ *Richard H. Poulson*
RICHARD H. POULSON|
Law Office of Richard H. Poulson
2233 Santa Clara Avenue, Suite 3
Alameda, CA  94501
510-747-8034
rich@richardpoulsonlaw.com

**DEFENDANT'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

Date:   August 22, 2024

By:   /s/ *Sameer Padhye*
SAMEER PADHYE

### ECF SIGNATURE ATTESTATION

I, Richard H. Poulson, am the ECF user whose User ID and Password are being used to file this Motion for Order Permitting Withdrawal and Substitution of Counsel.  In compliance with General Order 45, X.B., I hereby attest that the other signatures listed have concurred in this filing.

Date:   August 22, 2024              LAW OFFICE OF RICHARD H. POULSON

By: /s/ *Richard H. Poulson*
RICHARD H. POULSON
Attorney for Defendant
SAMEER PADHYE

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service.

Date:   August 22, 2024              LAW OFFICE OF RICHARD H. POULSON

By: /s/ *Richard H. Poulson*
RICHARD H. POULSON
Attorney for Defendant
SAMEER PADHYE

**DEFENDANT'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

# [PROPOSED] ORDER

Having reviewed and considered Defendant Sameer Padhye's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Dana Finberg and Christopher Quinn Adams of O'Hagan Meyer LLP be permitted to withdraw as counsel of record, and Richard H. Poulson of the Law Office of Richard H. Poulson may appear as substitute counsel of record for Defendant Sameer Padhye. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: _____

_____
JUDGE P. CASEY PITTS
UNITED STATES DISTRICT COURT JUDGE