UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMEER PADHYE, et al.,<br><br>Defendants. | Case No. 23-cv-04357-PCP<br><br>**CASE MANAGEMENT ORDER**<br>Re: Dkt. No. 101 |

Plaintiff National Specialty Pharmacy, LLC has filed an administrative motion seeking to continue all trial-related deadlines by approximately 21 days. Defendant Sameer Padhye opposes the motion. The Court finds that good cause exists to modify the current case schedule. Given the Court's schedule in other cases and the Court's practice of allowing sufficient pre-trial time for dispositive motion practice, the trial dates requested by National Specialty Pharmacy are not available.

The schedule is therefore amended as follows:

**Deadlines**

- Fact Discovery Cutoff — December 13, 2024
- Designation of Opening Experts with Reports — February 10, 2025
- Designation of Rebuttal Experts with Reports — March 3, 2025
- Expert Discovery Cutoff — March 28, 2025
- Completion of ADR — April 21, 2025
- Filing of Dispositive/*Daubert* Motion(s) — April 21, 2025

**Trial Schedule**

- Joint Pretrial Conference                        August 19, 2025
- Jury Trial (4 days)                                September 8, 2025

**IT IS SO ORDERED.**

Dated: November 22, 2024

P. Casey Pitts
United States District Judge

2