Nitoj P. Singh (SBN 265005)
nsingh@dhillonlaw.com
Anthony J. Fusaro, Jr. (SBN 345017)
afusaro@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415.433.1700

*Attorneys for Plaintiff*
*National Specialty Pharmacy, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>SAMEER PADHYE, an individual, BENJAMIN D. BROWN, an individual, and DOES 1 to 49, inclusive,<br><br>*Defendants*. | Case Number: 23-cv-04357-NW<br><br>**STIPULATION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) TO DISMISS DEFENDANT BENJAMIN D. BROWN**<br><br>**Hon. Noël Wise** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff National Specialty Pharmacy, LLC; Defendant Sameer Padhye; and Defendant Benjamin D. Brown respectfully submit this Stipulation and Proposed Order to dismiss Defendant Benjamin D. Brown from this Action without prejudice.

WHEREAS, Plaintiff National Specialty Pharmacy, LLC and Defendant Benjamin D. Brown have agreed to a settlement of their dispute, including Mr. Brown's dismissal from this Action without prejudice;

WHEREAS, Defendant Sameer Padhye consents and stipulates to the dismissal of Mr. Brown from this Action;

NOW THEREFORE, in consideration of the foregoing, the parties hereby STIPULATE and AGREE as follows:

That Defendant Benjamin D. Brown be dismissed from this Action without prejudice, with Defendant Brown and Plaintiff National Specialty Pharmacy LLC to bear their own costs and fees.

IT IS SO AGREED AND STIPULATED.

Dated: February 25, 2025             **DHILLON LAW GROUP INC.**

                                              */s/ Nitoj P. Singh*
Nitoj P. Singh (SBN 265005)
Anthony J. Fusaro, Jr. (SBN 345017)
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415.433.1700
nsingh@dhillonlaw.com
afusaro@dhillonlaw.com
*Attorneys for Plaintiff*
*National Specialty Pharmacy, LLC*

Dated: February 25, 2025             **THE LAW OFFICE OF RICHARD H. POULSON**

                                              */s/ Richard H. Poulson*
Richard H. Poulson (SBN 178479)
Law Office of Richard H. Poulson
The Mansard Building
2233 Santa Clara Avenue
Alameda, CA 94501
T: (510) 747-8034
rich@richardpoulsonlaw.com
*Attorney for Sameer Padhye*

Dated: February 25, 2025             **BENJAMIN D. BROWN**

                                              */s/ Benjamin Daniel Brown*
Benjamin Daniel Brown
2858 Cabrillo Terrace St.
Henderson, NV 89044
(T) (702) 461-7634
b.d.brown@gmail.com
*Pro Se Defendant*