Nitoj P. Singh (SBN 265005)
nsingh@dhillonlaw.com
Anthony J. Fusaro, Jr. (SBN 345017)
afusaro@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415.433.1700

*Attorneys for Plaintiff*
*National Specialty Pharmacy, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>SAMEER PADHYE, an individual, BENJAMIN D. BROWN, an individual, and DOES 1 to 49, inclusive,<br><br>*Defendants*. | Case Number: 23-cv-04357-NW<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT BENJAMIN D. BROWN PURSUANT TO THE PARTIES STIPULATION UNDER F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>**Hon. Noël Wise** |

Upon consideration of the parties' Stipulation to Dismiss Defendant Benjamin D. Brown from this Action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and for good cause shown,

IT IS SO ORDERED that Defendant Benjamin D. Brown is hereby dismissed from this Action without prejudice. Plaintiff National Specialty Pharmacy LLC and Defendant Benjamin D. Brown shall bear their own costs and fees.

Dated: _____, 2025

_____
Noël Wise
United States District Judge

1
[Proposed] Order Dismissing Defendant Benjamin D. Brown