UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMEER PADHYE,<br><br>Defendants. | Case No. 23-cv-04357-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |

The court held a case-management conference on May 20, 2025 and issues this case-management and pretrial order.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Opening Expert Reports | July 11, 2025 |
| Rebuttal Expert Reports | August 1, 2025 |
| Close of Expert Discovery | August 15, 2025 |
| Deadline to File Joint Pretrial Statement | August 20, 2025 |
| Final Pretrial Conference | September 03, 2025 at 2:00 p.m. |
| Trial | September 15, 2025 at 9:00 a.m. |

\\

\\

\\

| Length of trial | 3 days |
|---|---|

**IT IS SO ORDERED.**

Dated: May 21, 2025

_____
Noël Wise
United States District Judge