1  Richard H. Poulson (SBN: 178479)
   LAW OFFICE OF RICHARD H. POULSON
2  The Mansard Building
   2233 Santa Clara Avenue, Suite 3
3  Alameda, California  94501
   Telephone:     (510) 747-8034
4  E-mail:        rich@richardpoulsonlaw.com

5  Attorneys for Defendant
   SAMEER PADHYE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| NATIONAL SPECIALTY PHARMACY, LLC, | Case No.: 5:23-CV-4357-NW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT SAMEER PADHYE'S MOTION PURSUANT TO N.D. CAL. CIVIL L.R. 7-9 FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| SAMEER PADHYE, | |
| Defendant. | Trial Date:   September 15, 2025 |

Pursuant to Defendant Sameer Padhye's Motion Pursuant to N.D. Cal. Civ. L.R. 7-9 for Leave of Court to File Motion for Reconsideration, and good cause existing therefore,

**IT IS HEREBY ORDERED THAT:**

Defendant Sammer Padhye is granted leave to file a Motion for Reconsideration Pursuant to N.D. Cal. Civil L.R. 7-9 seeking reconsideration of this Court's denial of the request to extend the dispositive motion deadline.

**IT IS SO ORDERED**.

DATED: _____          By _____
                              Noël Wise
                              United Stated District Judge