1  Richard H. Poulson (SBN: 178479)
   LAW OFFICE OF RICHARD H. POULSON
2  The Mansard Building
   2233 Santa Clara Avenue, Suite 3
3  Alameda, California 94501
   Telephone:   (510) 747-8034
4  E-mail:      rich@richardpoulsonlaw.com

5  Attorneys for Defendant
   SAMEER PADHYE

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  NATIONAL SPECIALTY PHARMACY, LLC,       Case No.: 5:23-CV-4357-NW

10            Plaintiff,                    **DECLARATION OF RICHARD H. POULSON IN SUPPORT OF DEFENDANT SAMEER PADHYE'S NOTICE OF MOTION AND MOTION PURSUANT TO 28 U.S.C. § 1927 FOR SANCTIONS**
11       v.

12  SAMEER PADHYE,

13            Defendant.                    TIME:     September 3, 2025
                                            DATE:     9:00 A.M.
14                                          LOCATION: COURTROOM 3
                                                      5TH FLOOR
15                                                    U.S. DISTRICT COURT
                                                      SAN JOSE, CALIFORNIA
16
                                            Trial Date:  September 15, 2025
17

18

---

- 1 -

**DECLARATION OF RICHARD H. POULSON IN SUPPORT OF DEFENDANT SAMEER PADHYES'S MOTION PURSUANT TO 28 U.S.C. § 1927**

I, Richard H. Poulson, am counsel of record in this matter and state the following to the best of my knowledge:

1. Attached hereto as Exhibit A is a true and correct copy of the relevant excerpts of the deposition testimony of Sameer Padhye taken on December 6, 2024.

2. Attached hereto as Exhibit B is a true and correct copy of the relevant excerpts of the deposition testimony of Sanjiv Dhawan taken on December 11, 2024.

3. Attached hereto as Exhibit C is a true and correct copy of the relevant excerpts of the deposition testimony of Sanjiv Dhawan as National Specialty Pharmacy, LLC's corporate representative taken on December 11, 2024. To the extent references in the accompanying motion to Exh. C concern pages 59 or higher, they are mislabeled and actually refer to Exh. D.

4. Attached hereto as Exhibit D is a true and correct copy of the relevant excerpts of the deposition testimony of Sanjiv Dhawan as National Specialty Pharmacy, LLC's corporate representative taken on December 12, 2024.

5. Attached hereto as Exhibit E is a true and correct copy of Plaintiff National Specialty Pharmacy, LLC's Responses to Defendant Sameer Padhye's Request for Answers to Interrogatories, Set One, served on August 30, 2024.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff National Specialty Pharmacy, LLC's Amended Responses to Defendant Sameer Padhye's Requests for Answers to Interrogatories, Set One, served on November 4, 2024.

8. Attached hereto as Exhibit G is a true and correct copy of Plaintiff National Specialty Pharmacy, LLC's Amended Responses to Defendant Sameer Padhye's Requests for Answers to Interrogatories, Set One, served on December 4, 2024.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiff National Specialty Pharmacy, LLC's Amended Responses to Defendant Sameer Padhye's Requests for Answers to Interrogatories, Set One, served on December 9, 2024.

10. Attached hereto as Exhibit I is a true and correct copy of an e-mail from Nitoj P. Singh to Richard H. Poulson dated December 11, 2024.

11. Attached hereto as Exhibit J is a letter from Richard H. Poulson to Nitoj P. Singh dated

October 24, 2024.

14. Attached hereto as Exhibit K is a true and correct copy of an e-mail from Nitoj P. Singh to Richard H. Poulson dated October 31, 2024.

16. As of the date of this filing, Mr. Padhye has incurred $38,356.16 in costs and fees, including attorney's fees at the rate of $435 an hour; paralegal fees at the rate of $150 an hour; as well as deposition and electronic discovery vendor fees. I used Clio.com to manage firm invoices and expect these costs to rapidly increase as the case progresses.

DATED: June 9, 2025

                        LAW OFFICE OF RICHARD H. POULSON

                        By:  /s/ Richard H. Poulson
                              RICHARD H. POULSON
                              Attorney for Defendant
                              SAMEER PADHYE

**DECLARATION OF RICHARD H. POULSON IN SUPPORT OF DEFENDANT SAMEER PADHYES'S MOTION PURSUANT TO 28 U.S.C. § 1927**