# EXHIBIT A

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Sales Collateral (Draft)
**Date:** Wed, 21 Jun 2023 00:17:56 +0000
**Importance:** Normal

---

From: Srividya Sunderamurthy <srividya@coligomed.com>
Sent: Monday, June 19, 2023 4:12 PM
To: Sameer Padhye <spadhye@nsprxlv.com>
Cc: Naidu Annamaneni <anaidu@coligomed.com>
Subject: Sales Collateral (Draft)

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Hi Sameer,

It was great to talk to you and your team on Saturday.

I have put together an initial draft of the Sales Collateral material.
Forwarding you the links so you and your team can start taking a look. Would love to get some early feedback on the material.

**Sales FAQ**
https://docs.google.com/document/d/1m2J8hqKnUsja0IkKi9oj4bdCJ6A5cKPV3zeamUrPP6k/edit?usp=sharing

**Sales Deck**
https://docs.google.com/presentation/d/14VYmDkDwsw6V_u1_I0CHgcf5doyC2w2kgTLpzZE0vKI/edit?usp=sharing

best,


Srividya Sunderamurthy
Product
m: 4088298026
ⓒ **ColigoMed**



EXHIBIT
13



**#15804.1**

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Work Product Follow Up
**Date:** Wed, 21 Jun 2023 01:09:22 +0000
**Importance:** Normal
**Attachments:** PopupRx_Inc_Baseline_Financial_Model_6V3-FINAL.xlsm; PRx_Valuation_6V3-FINAL.xlsx; PRx_Financial_Model_Deck_6V3-FINAL.pptx

---

From: Greg Stecher <greg.stecher@gmail.com>
Sent: Sunday, April 30, 2023 3:12 PM
To: Sameer Padhye <spadhye@nsprxlv.com>
Subject: Work Product Follow Up
== Notice, this email is from an External Source. Use caution when clicking links or opening attachments ==

Hello Sameer,

Excuse the delay in forwarding the materials we discussed. Technical issues challenged my remote access to my server at home and I had to wait until arriving back at my desk to resolve the issue.

Beyond that, I have enclosed 3 files for your review and our discussion next Tuesday.

1) PopupRx Baseline Financial Model - Password: PRxATX
2) PopupRx Valuation - No Password
3) PopupRx Financial Presentation Deck - No Password

The excel files are fairly dense so please feel free to reach out if you have any questions or issues with the files.

I'll look forward to speaking with you Tuesday of next week.

Best regards,

Greg Stecher
725.377.0058





**#15611.1**

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Sameer / Melissa - Vivoo Partnership Discussion
**Date:** Thu, 22 Jun 2023 05:21:48 +0000
**Importance:** Normal
**Inline-Images:** IMG_0696.jpg

---

**From:** Melissa Aydın <melissa@vivoo.io>
**Sent:** Thursday, February 9, 2023 1:30 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: Sameer / Melissa - Vivoo Partnership Discussion

==** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **==

Dear Sameer,

I am so glad to hear from you! Thank you so much for letting me know.
**Once a week** is excellent, and it is what we recommend.

But if they are on a specific diet, they can take tests twice a week.

Actually, the app shows everything, let me show how you can check your results below:




EXHIBIT
15

**#15998.1**



I can arrange a demo session for you and your team,

Best Regards,
Melissa



**Melissa Aydin**

Head of Partnerships and Business Development • Vivoo
44 Tehama Street, Suite 409, San Francisco, CA, US 94105
www.vivoo.io/

On Thu, Feb 9, 2023 at 11:21 PM Sameer Padhye <spadhye@nsprxlv.com> wrote:
Melissa,
I have received the samples. Thanks a lot.
What is the right frequency of testing do you recommend?
Every day, every week or monthly?
My team has started the testing but we have only so many samples so I want to make sure I distribute right amount of strips to the team members based on the frequency of testing. Also the app does not say what is the

#15998.2

good or bad reading. For example, Protein in your urine 8/10. Is higher number better or lesser number is better?
Thanks

Sameer

**From:** Melissa Aydın <melissa@vivoo.io>
**Sent:** Thursday, January 26, 2023 9:58 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: Sameer / Melissa - Vivoo Partnership Discussion

<mark>** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **</mark>

Dear Sameer,
Pleasure is mine. Will do that and share a tracking code with you, thanks!
I hope your team will like our product and technology.
Best Regards,
Melissa



**Melissa Aydin**

Head of Partnerships and Business Development • Vivoo
44 Tehama Street, Suite 409, San Francisco, CA, US 94105
www.vivoo.io/

On Wed, Jan 25, 2023 at 2:53 AM Sameer Padhye <spadhye@nsprxlv.com> wrote:

Melissa,
It was nice to talk to you yesterday.
Thanks for taking time during your dinner hours.
Our office address:
3022 West Post Road,
Las Vegas, NV 89118
Please do send me some samples for my team to try out the product.
Thanks

Sameer

**From:** Google Calendar <calendar-notification@google.com> **On Behalf Of** Melissa Aydin
**Sent:** Monday, January 23, 2023 9:33 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>; Melissa Aydın <melissa@vivoo.io>
**Subject:** Sameer / Melissa - Vivoo Partnership Discussion

<mark>** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **</mark>

Hi Sameer,
I am in the link and waiting for you, please click this link to attend the meeting:
https://meet.google.com/bdu-jkas-bpt?authuser=0
Best Regards,
Melissa

#15998.3

## Sameer / Melissa - Vivoo Partnership Discussion

8:30pm – 9pm (Türkiye Time) · Monday Jan 23, 2023

**Guests**

- organizer Melissa Aydın
spadhye@nsprxlv.com

**Join with Google Meet**

**Meeting link**
meet.google.com/bdu-jkas-bpt

**Join by phone**
+44 20 3957 2405 (GB)
PIN: 942584483

More phone numbers

#15998.4

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: National Specialty Pharmacy Mary 2023 Financial Statements
**Date:** Wed, 21 Jun 2023 00:20:10 +0000
**Importance:** Normal
**Attachments:** May_2023_Finanacials.xlsx

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 1:42 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: National Specialty Pharmacy Mary 2023 Financial Statements

Sameer,

Here are the May 2023 P&Ls. Let me know if you have any questions.

Thanks,
May

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 1:12 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: National Specialty Pharmacy Mary 2023 Financial Statements

Yes, I will work on that now.

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306



**EXHIBIT**

_16_

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe,

#16018.1

secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** Sameer Padhye <spadhye@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 1:00 PM
**To:** May Sana <msana@nsprxlv.com>
**Subject:** Fw: National Specialty Pharmacy Mary 2023 Financial Statements
Hi May,


Can you get me an excel file for the same from our Quickbook account?

Thanks

Sameer

**From:** Virginia Tyler <virginiat@richwightman.com>
**Sent:** Monday, June 12, 2023 9:26 AM
**To:** Sanjiv Dhawan <sdhawan@nsprxlv.com>; Sameer Padhye <spadhye@nsprxlv.com>
**Cc:** John Wightman, CPA, CGMA <johnw@richwightman.com>; Daniel BoDe <danielb@richwightman.com>
**Subject:** National Specialty Pharmacy Mary 2023 Financial Statements
** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Sanjiv and Sameer,
Attached please find a copy of the May 2023 Financial Statements for National Specialty Pharmacy.
Please feel free to contact our office if you have any questions or concerns.
Virginia Tyler
Accounting Staff
Rich, Wightman & Co., CPAs, LLC
1301 S. Jones Blvd.
Las Vegas, NV 89145
(702)878-0959

#16018.2

1:33 PM
06/13/23
Accrual Basis

**National Specialty Pharmacy, LLC**
## Profit & Loss by Class
### June 2022 through May 2023

| | Jun 22 | Jul 22 | Aug 22 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| Refunds | | | |
| Sales - Pharmacy | | | |
| Total Income | | | |
| Cost of Goods Sold | | | |
| DME - Med Surg | | | |
| Drug Purchases | | | |
| Freight & Delivery | | | |
| Inventory Adjustment - DME | | | |
| Inventory Adjustments - Drugs | | | |
| Payroll - Bonus Pharmacy Wages | | | |
| Payroll - Bonus Commissions & S | | | |
| Payroll - Bonus Taxes COGS | | | |
| Payroll - Commissions & Sales | | | |
| Payroll - Pharmacy Wages | | | |
| Payroll - Taxes(COGS) | | | |
| Pharmacy Supplies | | | |
| Total COGS | | | |
| Gross Profit | | | |
| Expense | | | |
| Automobile Expense | | | |
| Bad Debts | | | |
| Bank Service Charges | | | |
| Business License & Permits | | | |
| Certifications Expense | | | |
| Commerce Tax | | | |
| Computer & Internet Expense | | | |
| Computer Hardware Expense | | | |
| Computer & Internet Expense - Other | | | |
| Total Computer & Internet Expense | | | |
| Consulting Fees | | | |
| Delivery In House Expense | | | |
| Depreciation Expense | | | |
| Amortization Expense | | | |
| Depreciation Expense - Other | | | |
| Total Depreciation Expense | | | |
| Disposal Services | | | |
| Donations | | | |
| Dues and Subscriptions | | | |
| Employee Welfare Expense | | | |
| Entertainment Expense | | | |
| Insurance Expense | | | |
| Auto Insurance | | | |
| Dental Insurance | | | |



**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Attached Image
**Date:** Wed, 21 Jun 2023 01:00:38 +0000
**Importance:** Normal
**Attachments:** 4386_001.pdf
**Inline-Images:** image001.png

---

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Friday, May 12, 2023 7:52 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** FW: Attached Image
You asked me for an answer on the non DOL compound business.
Well, here is the total non-DOL compound business from 1-1-23 to yesterday.
There are some notes on it as well.
As always, if you have any questions just let me know.
**"A leader that won't listen to others will eventually be surrounded by people that have nothing to say." -Andy**
**Stanley**
**Stuart J. Koszer, RPh.**
**Pharmacist and Chief Strategy and Deployment Officer**



National Specialty Pharmacy LLC
Cell 702-480-9074 | Pharmacy 702-832-3320
3022 W Post Rd
Las Vegas, NV 89118
IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** NSP Copier <cp@nsprxlv.com>
**Date:** Friday, May 12, 2023 at 7:47 AM
**To:** Stuart Koszer <skoszer@nsprxlv.com>
**Subject:** Attached Image

EXHIBIT
tabbies 17



**#15591.1**

**NATIONAL SPECIALTY PHARMACY**
3022 W POST RD
LAS VEGAS, NV 89118

May 12, 2023 7:41am
Page 1

## Profit and Totals Summary

RX's filled between 01/01/2023 and 05/12/2023 AND compound scripts only AND scripts for state: NV

| | Total Rx's | New Rx's | Refill Rx's | % | Avg ACQ | Avg Price | Avg Profit | Total ACQ | Total Price | Total Profit | GM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | | | | | | |
| Insurance | | | | | | | | | | | |
| Brand | | | | | | | | | | | |
| Generic | | | | | | | | | | | |
| Totals | | | | | | | | | | | |

Highlighted Non-DoL
Compounds.

The only Compounds That
get run Through Insurance
are DoL.

Avg profit per Rx
$78.76
without Labor figured
in.

#16986.1

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Compound Claim Example
**Date:** Wed, 21 Jun 2023 00:21:24 +0000
**Importance:** Normal
**Attachments:** Pain_Cream_Example.pdf; ESI_Pharmacy_Agreement.pdf

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Friday, June 9, 2023 9:04 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Compound Claim Example

Sameer,

I spoke with Express Scripts this morning. The numbers I am seeing on our online portal are not populating so they gave me the amounts on this one pain cream claim as an example. Please give me a call when you are free.

Thanks,
May

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.



**EXHIBIT**
*18*

#16065.1

Version Date: 08/01/2014

Version Number: 1

<div align="right">Contract Number: NCM232261

1 of 20</div>

FOIA NOTICE: This document contains Express Scripts, Inc. proprietary information and/or data. Recipient, by accepting this document, agrees that it will not duplicate, use, or disclose-in whole or in part-this document, or the information contained therein, or any part thereof to others for any other purpose except as specifically authorized in writing by Express Scripts, Inc. EXEMPT FROM PUBLIC DISCLOSURE: Information contained herein is confidential information of Express Scripts, Inc. and is exempt from public disclosure under 5 U.S.C. §552(b). Do not disclose outside of the recipient organization of the United States Government.

NO ALTERATIONS TO THIS DOCUMENT SHALL BE BINDING UNLESS INITIALED BY DULY AUTHORIZED REPRESENTATIVES OF PROVIDER AND ESI.

## EXPRESS SCRIPTS, INC. PHARMACY PROVIDER AGREEMENT

**THIS EXPRESS SCRIPTS, INC. PHARMACY PROVIDER AGREEMENT** (the "Agreement") is made and entered into as of this *5* day of *August*, 20*14*, by and between Express Scripts, Inc., a Delaware corporation, on behalf of itself and Medco Health Solutions, Inc. (together, "ESI") and NATIONAL SPECIALTY PHARMACY, LLC, NCPDP # 2993447, a *Partnership* organized under the laws of the state of *Nevada* (the "Provider"). As required by the New York State Department of Health, solely with respect to services rendered in the state of New York under this Agreement to any Member of any Prescription Drug Program offered by a Sponsor, as such capitalized terms are herein defined, which is certified as a managed care organization under Article 44 of the New York State Public Health Law, Diversified NY, IPA, Inc. ("IPA"), a corporation and wholly-owned subsidiary of Express Scripts, Inc. (together with IPA, "ESI"), shall be a party to this Agreement.

## RECITALS

**WHEREAS**, ESI administers and manages Prescription Drug Programs for its Sponsors (as defined in Sections 1.5 and 1.9 of this Agreement, respectively), which programs include claims administration, mail service dispensing and other pharmacy benefit management services; and

**WHEREAS**, in order to fulfill its service obligation to its Sponsors, ESI maintains a variety of pharmacy networks; and

**WHEREAS**, Provider desires to participate in one or more of ESI's pharmacy networks to provide pharmacy services to eligible Members (as defined in Section 1.3), all in accordance with and subject to the terms and conditions set forth in this Agreement and the Provider Manual.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ESI and Provider hereby agree as follows:

## TERMS AND CONDITIONS

1.  **DEFINITIONS**. As used in this Agreement, and as set forth in the Provider Manual, each of the following terms (and the plural thereof, when appropriate) shall have the meaning set forth herein, except where the context makes it clear that such meaning is not intended:

    1.1  **"Affiliate"** means, as to either party: (a) any division of a party other than the division(s) with direct responsibility for carrying out the party's obligations under this Agreement, and (b) any corporation or other entity which, directly or indirectly, through one or more intermediaries, controls (i.e., possesses, directly or indirectly, the power to direct or cause the direction of the management and policies of an entity, whether through ownership of voting securities, by contract, or otherwise), is controlled by, or is under common control with such party.

    1.2  **"Effective Date"** shall mean the date upon which ESI executes this Agreement as set forth on the signature page of this Agreement.

    1.3  **"Member(s)"** means a subscriber and his or her eligible dependents to which benefits are available pursuant to a Prescription Drug Program.

    1.4  **"Pharmacy"** or **"Pharmacies"** means the pharmacy or pharmacies listed on **Exhibit B**, attached hereto and incorporated herein by this reference, which are owned or operated by Provider, licensed by the appropriate state board of pharmacy and other applicable regulatory authorities, meets the definition of Retail Provider (as defined in Section 1.8) and has been approved by ESI to provide services hereunder. If Provider owns or controls more than one Pharmacy, then Provider shall cause all such Pharmacy(ies) to provide services to Members in accordance with this Agreement and to be bound by and comply with all of the provisions set

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

#17228.1

 **EXPRESS SCRIPTS®**   Pharmacist Resource Center

# Claim Details

‹ Go Back

| | | | |
|---|---|---|---|
| **Household Member** | **Cardholder ID** | **Effective Date** | **Group Number** |
| Derek Scott (05/07/1966) - F | 75G0000052195 | 01/01/1901 - | |

| | |
|---|---|
| Drug Name | COMPOUND |
| Formulary | Yes |
| Rx# | 000000052328 |
| Form | POWDER |
| Date Of Service | 06/07/2023 |
| Qty | 240.000 |
| Days Supply | 30 |
| Pharmacy Service Type | 0 |
| MME Accumulated (Mg) | 0.00 |

## Compound Details

Compound Type

Dosage Form Description Code

Ingredient Component Count
11

Dispensing Unit Form Indicator
0

| NDC | Drug Name | Qty | Drug Cost | Cost Basis | Status Code | Approved Ingredient Cost | App/Rej |
|---|---|---|---|---|---|---|---|
| 62991220408 | GABAPENTIN 100 % | 14.4 | $907.20 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *542.32* | APPROVED |
| 62991273306 | KETOPROFEN MICRONIZED 100 % | 12 | $180.00 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *108.—* | APPROVED |
| 62991201403 | BUPIVACAINE HCL 100 % | 12 | $576.00 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *345.60* | APPROVED |
| 62991101305 | BACLOFEN 100 % | 4.8 | $180.00 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *108.—* | APPROVED |
| 62991104006 | CYCLOBENZAPRINE HCL 100 % | 4.8 | $232.80 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *139.68* | APPROVED |
| 62991252101 | PENTOXIFYLLINE 100 % | 7.2 | $29.16 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *17.50* | APPROVED |
| 62991124203 | MAGNESIUM CHLORIDE | 24 | $4.79 | 01 = Ingredient Cost Paid as Submitted | | $0.00 *2.87* | APPROVED |

#17218.1

| NDC | Drug Name | Qty | Drug Cost | Cost Basis | Status Code | Approved Ingredient Cost | App/Rej |
|---|---|---|---|---|---|---|---|
| 51927465500 | PRACASIL TM-PLUS | 7.2 | $91.58 | 01 = Ingredient Cost Paid as Submitted | | $0.00 54.95 | APPROVED |
| 38779051001 | PROPYLENE GLYCOL 99.5 % | 24 | $4.56 | 01 = Ingredient Cost Paid as Submitted | | $0.00 2.74 | APPROVED |
| 51927448200 | PCCA CUSTOM LIPO-MAX C | 129.6 | $368.06 | 01 = Ingredient Cost Paid as Submitted | | $0.00 220.84 | APPROVED |
| 38779770802 | MEGAPUMP AIRLESS | 2 | $20.78 | 01 = Ingredient Cost Paid as Submitted | | $0.00 12.47 | APPROVED |

◯ Paid Claim

Claim payment was included in the check dated 01/01/1800. Check #**0**

Patient Paid
0.00

Pharmacy Reimbursed
1560.97        — $6.87 *Professional Pharmacy Services Fee (Compounding Fee)*

Date Processed
06/07/2023

Authorization Number
52328158140447

#17218.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: DOE Comparison 6.5.23
**Date:** Wed, 21 Jun 2023 00:22:15 +0000
**Importance:** Normal
**Attachments:** Mymatrixx_vs_DOE_Ins.xlsx

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Tuesday, June 6, 2023 10:34 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** DOE Comparison 6.5.23

Sameer,

I put together a claim comparison between MyMatrixx and DOE insurances. Let me know if you have any questions.

Thanks,
May

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**EXHIBIT**

*19*



**#16115.1**

| Date Dispensed | Script | Customer Name | Prescriber | Drug Name |
|---|---|---|---|---|
| 6/5/2023 | 65 | | | ACCU-CHEK GUIDE TEST STRIPS (100CT) |
| 6/5/2023 | 59 | | | ALBUTEROL HFA (CIPLA PROVENTIL) |
| 6/5/2023 | 53 | | | ALBUTEROL HFA (LUPIN PROAIR) |
| 6/5/2023 | 56 | | | ALBUTEROL HFA (LUPIN PROAIR) |
| 6/5/2023 | 62 | | | ALBUTEROL HFA (TEVA PROAIR) |
| 6/5/2023 | 46 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 46 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 49 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 54 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 56 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 58 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 61 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 61 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 61 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 63 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 63 | | | ALBUTEROL HFA (VENTOLIN) |
| 6/5/2023 | 65 | | | ALPRAZOLAM 0.5MG TAB |
| 6/5/2023 | 42 | | | AMLODIPINE 2.5MG TAB |
| 6/5/2023 | 65 | | | AMOX/K CLAV 875-125 TAB |
| 6/5/2023 | 52 | | | ANORO ELLIPT 62.5-25 AER |
| 6/5/2023 | 59 | | | ASMANEX 220MCG 30 DOSE |
| 6/5/2023 | 42 | | | ATORVASTATIN 10MG TAB |
| 6/5/2023 | 52 | | | ATORVASTATIN 10MG TAB |
| 6/5/2023 | 61 | | | AZEL/FLUTIC 137-50 NASAL SPRAY |
| 6/5/2023 | 65 | | | AZITHROMYCIN 250MG TAB |
| 6/5/2023 | 58 | | | BD PRECISIONGLIDE LL 23GX1 TW NEEDLE |
| 6/5/2023 | 61 | | | BENZONATATE 100MG CAPSULE |
| 6/5/2023 | 55 | | | BUDES/FORMOT AER 160-4.5 |
| 6/5/2023 | 44 | | | CALCIUM 500MG TAB |
| 6/5/2023 | 58 | | | CARVEDILOL 25MG TAB |
| 6/5/2023 | 53 | | | CETIRIZINE 10MG TAB |
| 6/5/2023 | 55 | | | CETIRIZINE 10MG TAB |
| 6/5/2023 | 65 | | | CYCLOBENZAPRINE 10MG TAB |
| 6/5/2023 | 59 | | | DEXCOM G7 SENSOR |

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Claims
**Date:** Wed, 21 Jun 2023 00:22:35 +0000
**Importance:** Normal
**Attachments:** MyMatrixx_6.5.23.xlsx; Rejection_Codes.pdf

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Monday, June 5, 2023 8:15 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Claims

Sameer,

There are blank fields in the DRUG NAME column because those claims did not go through so the claim was not captured. Those are the compounds. Let me know if you have any questions.

Thanks,
May


Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.



EXHIBIT
20



**#15946.1**

| Insurance | PCN | BIN | Patient Name | Prescriber | Drug Name | Script Number | Refill | Dispensed |
|---|---|---|---|---|---|---|---|---|
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 47 | 01 | |
| DOE MyMatrix | | | | | | 13 | 01 | 6/5/2023 |
| DOE MyMatrix | | | | | | 97 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 77 | 00 | 6/5/2023 |
| DOE WORK CC | | | | | | 97 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 54 | 03 | |
| DOE MyMatrix | | | | | | 54 | 03 | |
| DOE MyMatrix | | | | | | 54 | 03 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 13 | 01 | 6/5/2023 |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 26 | 06 | 6/5/2023 |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 49 | 02 | |
| DOE MyMatrix | | | | | | 26 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 16 | 01 | |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 16 | 01 | |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 91 | 00 | 6/5/2023 |
| DOE MyMatrix | | | | | | 16 | 01 | |
| DOE WORK CC | | | | | | 26 | 00 | 6/5/2023 |
| DOE WORK CC | | | | | | 16 | 01 | |

| NCPDP VERSION 5.Ø REJECT CODES FOR TELECOMMUNICATION STANDARD | | |
|---|---|---|
| Reject Code | Explanation | Field Number in Possible Error |
| ØØ | ("M/I" Means Missing/Invalid) | |
| Ø1 | M/I Bin | |
| Ø2 | M/I Version Number | 1Ø2 |
| Ø3 | M/I Transaction Code | 1Ø3 |
| Ø4 | M/I Processor Control Number | 1Ø4 |
| Ø5 | M/I Pharmacy Number | 2Ø1 |
| Ø6 | M/I Group Number | 3Ø1 |
| Ø7 | M/I Cardholder ID Number | 3Ø2 |
| Ø8 | M/I Person Code | 3Ø3 |
| Ø9 | M/I Birth Date | 3Ø4 |
| 1C | M/I Smoker/Non-Smoker Code | 334 |
| 1E | M/I Prescriber Location Code | 467 |
| 1Ø | M/I Patient Gender Code | 3Ø5 |
| 11 | M/I Patient Relationship Code | 3Ø6 |
| 12 | M/I Patient Location | 3Ø7 |
| 13 | M/I Other Coverage Cod | 3Ø8 |
| 14 | M/I Eligibility Clarification Code | 3Ø9 |
| 15 | M/I Date of Service | 4Ø1 |
| 16 | M/I Prescription/Service Reference Number | 4Ø2 |
| 17 | M/I Fill Number | 4Ø3 |
| 19 | M/I Days Supply | 4Ø5 |
| 2C | M/I Pregnancy Indicator | 335 |
| 2E | M/I Primary Care Provider ID Qualifier | 468 |
| 2Ø | M/I Compound Code | 4Ø6 |
| 21 | M/I Product/Service ID | 4Ø7 |
| 22 | M/I Dispense As Written (DAW)/Product Selection Code | 4Ø8 |
| 23 | M/I Ingredient Cost Submitted | 4Ø9 |
| 25 | M/I Prescriber ID | 411 |
| 26 | M/I Unit Of Measure | 6ØØ |
| 28 | M/I Date Prescription Written | 414 |
| 29 | M/I Number Refills Authorized | 415 |
| 3A | M/I Request Type | 498-PA |
| 3B | M/I Request Period Date-Begin | 498-PB |
| 3C | M/I Request Period Date-End | 498-PC |
| 3D | M/I Basis Of Request | 498-PD |
| 3E | M/I Authorized Representative First Name | 498-PE |
| 3F | M/I Authorized Representative Last Name | 498-PF |
| 3G | M/I Authorized Representative Street Address | 498-PG |
| 3H | M/I Authorized Representative City Address | 498-PH |
| 3J | M/I Authorized Representative State/Province Address | 498-PJ |
| 3K | M/I Authorized Representative Zip/Postal Zone | 498-PK |
| 3M | M/I Prescriber Phone Number | 498-PM |
| 3N | M/I Prior Authorized Number Assigned | 498-PY |
| 3P | M/I Authorization Number | 5Ø3 |
| 3R | Prior Authorization Not Required | 4Ø7 |
| 3S | M/I Prior Authorization Supporting Documentation | 498-PP |
| 3T | Active Prior Authorization Exists Resubmit At Expiration Of Prior Authorization | |
| 3W | Prior Authorization In Process | |

#17148.1

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: National Specialty Pharmacy Mary 2023 Financial Statements
**Date:** Wed, 21 Jun 2023 00:19:39 +0000
**Importance:** Normal
**Attachments:** P&L_By_Class_May_2023.xlsx

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Wednesday, June 14, 2023 1:09 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: National Specialty Pharmacy Mary 2023 Financial Statements
Does this work?

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** Sameer Padhye <spadhye@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 3:02 PM
**To:** May Sana <msana@nsprxlv.com>
**Subject:** Re: National Specialty Pharmacy Mary 2023 Financial Statements
May,

Thanks a lot. I see the format is different from what we did last time with your bookkeeper.
That is causing problems to load this excel into the database.

Sameer

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 1:42 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: National Specialty Pharmacy Mary 2023 Financial Statements
Sameer,

Here are the May 2023 P&Ls. Let me know if you have any questions.

Thanks,





#15887.1

May

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 1:12 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: National Specialty Pharmacy Mary 2023 Financial Statements
Yes, I will work on that now.

Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** Sameer Padhye <spadhye@nsprxlv.com>
**Sent:** Tuesday, June 13, 2023 1:00 PM
**To:** May Sana <msana@nsprxlv.com>
**Subject:** Fw: National Specialty Pharmacy Mary 2023 Financial Statements
Hi May,

Can you get me an excel file for the same from our Quickbook account?

Thanks

Sameer

**From:** Virginia Tyler <virginiat@richwightman.com>
**Sent:** Monday, June 12, 2023 9:26 AM
**To:** Sanjiv Dhawan <sdhawan@nsprxlv.com>; Sameer Padhye <spadhye@nsprxlv.com>
**Cc:** John Wightman, CPA, CGMA <johnw@richwightman.com>; Daniel BoDe <danielb@richwightman.com>
**Subject:** National Specialty Pharmacy Mary 2023 Financial Statements

#15887.2

**\*\* Notice, this email is from an External Source. Use caution when clicking links or opening attachments \*\***

Sanjiv and Sameer,

Attached please find a copy of the May 2023 Financial Statements for National Specialty Pharmacy.

Please feel free to contact our office if you have any questions or concerns.

Virginia Tyler

Accounting Staff

Rich, Wightman & Co., CPAs, LLC

1301 S. Jones Blvd.

Las Vegas, NV 89145

(702)878-0959

1:06 PM
06/14/23
Accrual Basis

**National Specialty Pharmacy, LLC**
## Profit & Loss by Class
September 2015 through May 2023



|  | Sep 15 | Oct 15 | Nov 15 | Dec 15 |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| Income | | | | |
| Charge Backs | | | | |
| Funds on Hold (Clawback) | | | | |
| Nonmedical Income | | | | |
| Refunds | | | | |
| Returned Checks | | | | |
| Revenue - Insurance Claim | | | | |
| Sales - Pharmacy | | | | |
| Total Income | | | | |
| Cost of Goods Sold | | | | |
| Bad & Destroyed Drugs | | | | |
| Commissions | | | | |
| DME - Med Surg | | | | |
| Drug Purchases | | | | |
| Freight & Delivery | | | | |
| Inventory Adjustment - DME | | | | |
| Inventory Adjustments - Drugs | | | | |
| Laboratory Fees | | | | |
| Payroll - Bonus Pharmacy Wages | | | | |
| Payroll - Bonus Commissions & S | | | | |
| Payroll - Bonus Taxes COGS | | | | |
| Payroll - Commissions & Sales | | | | |
| Payroll - Pharmacy Wages | | | | |
| Payroll - Taxes(COGS) | | | | |
| Pharmacy Supplies | | | | |
| Referral Fees | | | | |
| Total COGS | | | | |
| Gross Profit | | | | |
| Expense | | | | |
| Advertising and Promotion | | | | |
| Automobile Expense | | | | |
| Bad Debts | | | | |
| Bank Service Charges | | | | |
| Business License & Permits | | | | |
| Business Promotion | | | | |
| Certifications Expense | | | | |
| Commerce Tax | | | | |
| Computer & Internet Expense | | | | |
| Computer Hardware Expense | | | | |
| Computer & Internet Expense - Other | | | | |
| Total Computer & Internet Expense | | | | |
| Consulting Fees | | | | |
| Continuing Education | | | | |
| Delivery In House Expense | | | | |

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Report 2016-2017
**Date:** Wed, 21 Jun 2023 01:11:47 +0000
**Importance:** Normal
**Attachments:** PK_Report_2016-2017.XLS.xlsx

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Thursday, April 27, 2023 2:57 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Report 2016-2017


Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.



EXHIBIT

22



**#15596.1**

**LOG OF SCRIPTS**    COMBINED PRESCRIPTIONS  Schedule: ALL

National
Specialty
Pharmacy
3022 W Post
Rd
Las Vegas,
NV  89118
Ph. (702)
832-3320

1 line report
Printed    4/27/2023
Page 1    **Prescriptions filled between 1/1/2016 and 12/31/2017**    NCPDP #2993447    FN4652207
Sorted by: Fill date

| Rx number | Date disp. | Date written | Patient | Qty and Drug | Doctor | Pharmacist Initials | Re/Rm | | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1/4/2016 | 12/31/2015 | | | | | | 2 | 2 | 425.66 | 0.00 |
| | 1/4/2016 | 5/22/2015 | | | | | | 1 | 1 | 9.60 | 0.00 |
| | 1/4/2016 | 3/12/2015 | | | | | | 1 | 0 | 24.00 | 0.00 |
| | 1/4/2016 | 1/4/2016 | | | | | | 1 | 0 | 18.00 | 0.00 |
| | 1/4/2016 | 7/16/2015 | | | | | | 3 | 0 | 45.00 | 0.00 |
| | 1/4/2016 | 11/18/2015 | | | | | | 3 | 0 | 25.00 | 0.00 |
| | 1/4/2016 | 10/30/2015 | | | | | | 99 | 95 | 2.04 | 0.00 |
| | 1/4/2016 | 11/4/2015 | | | | | | 3 | 3 | 2,621.91 | 0.00 |
| | 1/4/2016 | 1/4/2016 | | | | | | 0 | 0 | 90.00 | 0.00 |
| | 1/4/2016 | 12/29/2015 | | | | | | 4 | 4 | 2,810.23 | 0.00 |
| | 1/4/2016 | 12/29/2015 | | | | | | 4 | 4 | 2,581.41 | 0.00 |
| | 1/4/2016 | 12/24/2015 | | | | | | 6 | 6 | 50.00 | 0.00 |
| | 1/4/2016 | 11/19/2015 | | | | | | 2 | 2 | 640.70 | 0.00 |
| | 1/4/2016 | 11/19/2015 | | | | | | 2 | 2 | 1,305.92 | 0.00 |
| | 1/4/2016 | 1/4/2016 | | | | | | 1 | 0 | 18.00 | 0.00 |
| | 1/4/2016 | 1/4/2016 | | | | | | 0 | 0 | 12.00 | 0.00 |
| | 1/4/2016 | 12/30/2015 | | | | | | 0 | 0 | 90.00 | 0.00 |
| | 1/4/2016 | 10/26/2015 | | | | | | 1 | 0 | 35.00 | 0.00 |
| | 1/4/2016 | 12/16/2015 | | | | | | 0 | 0 | 405.67 | 0.00 |
| | 1/4/2016 | 10/30/2015 | | | | | | 0 | 2 | 60.00 | 0.00 |
| | 1/4/2016 | 12/30/2015 | | | | | | 0 | 0 | 90.00 | 0.00 |
| | 1/4/2016 | 1/4/2016 | | | | | | 0 | 0 | 70.00 | 0.00 |

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Parkinson's menu of service and common DOL meds
**Date:** Wed, 21 Jun 2023 01:12:40 +0000
**Importance:** Normal
**Attachments:** 4200_001.pdf

---

**From:** Michelle Donaldson <mdonaldson@nsprxlv.com>
**Sent:** Wednesday, April 26, 2023 5:57 PM
**To:** Sanjiv Dhawan <sdhawan@innovatechlaw.com>; Sameer Padhye <spadhye@nsprxlv.com>; Stephen Drog <sdrog@nsprxlv.com>; Stuart Koszer <skoszer@nsprxlv.com>; Monica Zacarias <mzacarias@nsprxlv.com>
**Subject:** Parkinson's menu of service and common DOL meds

Good Afternoon,

I wanted to send out an updated version of the marketing material we put together for Parkinson's disease for TN and the most common DOL meds that we see that are covered and at higher reimbursement rate. Stephen, Monica, and I all worked on this, and I feel that it turned out great! We added some pictures for DME. I truly feel that adding the weighted dinner set, and the anti-tremor gloves will make this package well thought out specifically for the Parkinson's patients. I am very happy with the content we were able to come up with, now we will just need Daniel to make it all look amazing to add to our marketing arsenal to keep us above the rest. If anyone has anything else to add or delete after reviewing, please do so we can have all eyes on deck.

Thank You,
Michelle R Donaldson
Director of Sales and Marketing
National Specialty Pharmacy
3022 West Post Road
Las Vegas, Nevada 89118
National Specialty Pharmacy.com
Ph: 702-832-3320
Cell: 702-234-7302

IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.



EXHIBIT
23



(23)

**#15901.1**

**Parkinson's Disease**

Anti-Parkinson's Agents (commonly covered by DOL):

1. ███████████████████████████████
2. ███████████████████████████████
3. ███████████████████████████████
4. ███████████████████████████████

Medications for side-effects of Anti-Parkinson's Agents (commonly covered by DOL):

1. ███████████████████████████
2. ███████████████████████████
3. ███████████████████████████
4. ███████████████████████████
5. ███████████████████████████
6. ███████████████████████████

Compounded medications for effects of Parkinson's:

1. ██████████████████
2. ██████████████████
3. ██████████████████
4. ██████████████████

DME:

1. █████████████████████████████
2. █████████████████████████████
3. █████████████████████████████
4. █████████████████████████████
5. █████████████████████████████
6. █████████████████████████████
7. █████████████████████████████
8. █████████████████████████████
9. █████████████████████████████
10. █████████████████████████████
11. █████████████████████████████
12. █████████████████████████████
13. █████████████████████████████

Parkinson's Suggested DME Items:

*** The below items require a prior authorization with the DOL for medical necessity for patient's covered conditions





**DOL White Card Commonly Covered Medications per Disease State:**





**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Out-Of-State DOE
**Date:** Wed, 21 Jun 2023 01:33:22 +0000
**Importance:** Normal
**Attachments:** Washington.xlsx; Utah.xlsx; Tennessee.xlsx; Ohio.xlsx; New_Mexico.xlsx; Montana.xlsx; Missouri.xlsx; Idaho.xlsx; Georgia.xlsx; Florida.xlsx; Connecticut.xlsx; Colorado.xlsx; California.xlsx; Arizona.xlsx

---

**From:** May Sana <msana@nsprxlv.com>
**Sent:** Friday, April 7, 2023 2:23 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Cc:** Stephen Drog <sdrog@nsprxlv.com>; Marisa Ruth <mruth@nsprxlv.com>
**Subject:** Out-Of-State DOE

I just did a quick report of each state we are licensed in. Here are the results-

We do not have DOE patients in the following states:

Indiana
Illinois
Iowa
Maine
Minnesota
New Jersey
New York
Oregon
Pennsylvania
Rhode Island
South Dakota
Vermont
Wisconsin
Wyoming

We have DOE patients in the following states:

Arizona
California
Colorado
Connecticut
Florida
Georgia
Idaho
Missouri
Montana
New Mexico





**#16095.1**

Ohio
Tennessee
Utah
Washington


Thanks,
May


Maybelline Sana, CPhT
Director of Operations
National Specialty Pharmacy
3022 W Post Rd
Las Vegas, NV 89118
(702)832-3320 ext. 306

IMPORTANT WARNING: This email (and any attachment) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and Healthcare information is personal and sensitive and must be treated accordingly. Is this correspondence contains health care information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

#16095.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Attached Image
**Date:** Wed, 21 Jun 2023 01:42:09 +0000
**Importance:** Normal
**Attachments:** 3664_001.pdf
**Inline-Images:** image001.png

---

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Tuesday, March 7, 2023 10:06 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>; Michelle Donaldson <mdonaldson@nsprxlv.com>; Sanjiv Dhawan <sdhawan@nsprxlv.com>
**Subject:** FW: Attached Image

You guys might want to take a look at this.

These are active FWP participants by state. White Card holders.

Granted that these numbers are from 2020 but it looks like Michelle's assessment of NV pt base is correct, we have saturated the market.

There are a couple of other VERY large fish, specifically TN with 15k+ active participants.

**"A leader that won't listen to others will eventually be surrounded by people that have nothing to say." -Andy Stanley**

**Stuart J. Koszer, RPh.**
**Pharmacist and Chief Operating Officer**



National Specialty Pharmacy LLC
Cell 702-480-9074 | Pharmacy 702-832-3320
3022 W Post Rd
Las Vegas, NV 89118

IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** NSP Copier <cp@nsprxlv.com>
**Sent:** Tuesday, March 7, 2023 7:54 AM
**To:** Stuart Koszer <skoszer@nsprxlv.com>
**Subject:** Attached Image



EXHIBIT
25



#15298.1

**Figure 1. FWP Participants by State of Residence**
**(1997 – September 2020)**



Since the inception of the FWP, DOE has made great strides in addressing the occupational health legacy of its activities from nuclear weapons design and production, and/or other activities that may have exposed its workers to toxic substances and hazardous conditions. Since 1997, the FWP has provided a total of 158,061 conventional medical screening exams (initial and re-screen exams) to 95,632 former workers. Since 2000, through the Early Lung Cancer Detection (ELCD) program, the FWP has screened 15,597 participants for occupational lung cancer with low-dose helical computed tomography (CT) scans, and completed 61,787 baseline, follow-up, and annual low-dose CT scans.

Additional information on the FWP, can be found at: (http://energy.gov/ehss/services/worker-health-and-safety/former-worker-medical-screening-program).

#16878.1

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: DOE locations map
**Date:** Thu, 22 Jun 2023 05:13:35 +0000
**Importance:** Normal
**Attachments:** DOE_locations_map.pdf

---

**From:** Daniel Brown <dbrown@nsprxlv.com>
**Sent:** Thursday, March 2, 2023 3:23 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** DOE locations map
Attached is the DOE White Card Worksite locations map.

Thank you,

Daniel





**#15430.1**



NATIONAL SPECIALTY PHARMACY

## DOE White Card Worksite Locations Map

#16943.1

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: TN Pharmacy Questions 4-30-2023
**Date:** Wed, 21 Jun 2023 01:10:43 +0000
**Importance:** Normal

---

**From:** Stephen Drog <stephen.drog@gmail.com>
**Sent:** Sunday, April 30, 2023 9:30 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** TN Pharmacy Questions 4-30-2023

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Good Morning Sameer!

Here is our list of questions for the new TN Pharmacy!

1. Which active state licenses are currently held (other than TN)?

2. Has there been any disciplinary action from any state Board of Pharmacy? If so, what was the outcome? Are records on file?

3. Has there been any disciplinary action from the FDA regarding compounding or recalls? If so, what was the outcome? Are records on file?

4. What types of compounds are being made?

5. Is DEA license active and in good standing?

6. What insurance contracts are currently held?

7. What drug wholesalers contracts are currently held?

8. On average, how much inventory is kept in stock (traditional and chemical)? How much inventory was expired out previous year?

9. What equipment does the pharmacy currently have (Workstations, Lab/Compounding, etc)?

10. Is the compounding area USP compliant (USP 800)? If not, what needs to be updated to meet 800 compliance?

11. What Pharmacy software is currently being used? Is the same software used for Rx processing, compounding, POS?

12. Does the current lease allow for renovations? What are stipulations?

13. What volume of controlled substances do they dispense per month? Per year?

14. How many of the staff are willing to stay (PIC, Staff Pharmacist, Technicians, etc)?



EXHIBIT
27



**#16047.1**

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Travel/Requested Information
**Date:** Wed, 21 Jun 2023 01:03:32 +0000
**Importance:** Normal

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Tuesday, May 9, 2023 12:26 PM
**To:** May Sana <msana@nsprxlv.com>; Sameer Padhye <spadhye@nsprxlv.com>; Brian Woods <BWoods@nsprxlv.com>
**Subject:** Re: Travel/Requested Information

Oak Ridge Pharmacy
854 Main Street West
Oak Ridge, Tn. 37830

Riddle Drugs
Oak Ridge, Tn.
Oliver Springs, Tn.

Rocky Hill Pharmacy
7660 S Northshore Drive
Knoxville, Tn. 37919

Tri-Star Pharmacy
10205 Kingston Pike
Knoxville, Tn. 37922

Volunteer Pharmacy
2559 Willow Point Way
Knoxville, Tn. 37931

Heartland Apothecary Compounding
9947 Kingston Pike
Knoxville, Tn. 37922

Village Pharmacy
2541 E Broadway Ave
Maryville, Tn. 37804

Smoky Mountain Compounding
958 Dolly Parton Pkwy
Sevierville, Tn. 37862

Mac's Pharmacy
125 S Peters Rd.
Knoxville, Tn. 37923

P3 Compounding
8848 Cedar Springs Lane
Knoxville, Tn. 37923

EXHIBIT
28



#16002.1

Leach Pharmacy
960 E Tri County Blvd
Oliver Springs, Tn. 37840

Procompound
527 N State of Franklin Rd.
Johnson City, Tn. 37604

MD Pharmacy
1467 W Morris Blvd
Morristown, Tn. 37813

Fountain RX
2825 W Andrew Johnson Hwy
Morristown, Tn. 37914

Crescent Center Pharmacy
228 N Fairmont Ave.
Morristown, Tn. 37814

Riggs Pharmacy
2636 Jacksboro Pike
Jacksboro, Tn. 37757

Compounding Pharmacy of America
7240 Kingston Pike
Knoxville, Tn. 37919

Jabo's Pharmacy
602 E Broadway Street
Newport, Tn. 37821

Anderson Compounding
310 Bluff City Hwy
Bristol, Tn. 37620

Munsey Pharmacy
106 Administration Road
Oak Ridge, Tn. 37930


Kind regards,
Brian Woods, FACMPE


Get Outlook for iOS

#16002.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Updated Tn. Sales Prospects
**Date:** Wed, 21 Jun 2023 00:32:18 +0000
**Importance:** Normal

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Friday, May 19, 2023 7:00 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>; Rayne Bridges <rbridges@nsprxlv.com>; Brian Woods <BWoods@nsprxlv.com>
**Subject:** Re: Updated Tn. Sales Prospects

# HHA

Maxim
Hand N Hand
Quality
Home Helpers
Professional Case Management
CNS Cares
Home Keepers
Clinch River Home Health
BrightStar Care
UT Home Health
Covenant Home Health
NHC Home Health
Comfort Keepers
PCM
Nuclear Care Partners
Patriot
Synergy

Tri- Cities: (Johnson City, Kingsport, Bristol)
Amedysis
Providence
Sentinel
Ballad
Home Instead
Legacy
Adoration
HHome Cares
In Home
CenterWell
Care Central
Wellmont
Bristol Home Health





**#15607.1**

Oneida :
Volunteer

Maryville:
LHC
Home Instead

Morristown:
Interim

Jefferson City:
CNS Cares

Newport:
Smoky Mountain

Chattanooga:
Home Health of East Tennessee
At Home
BrightStar Care
CenterWell
HomeCare Solutions
Erlanger ContinuCare

Cleveland:
Eagle


Get Outlook for iOS

#15607.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Pharmacy Partnership
**Date:** Wed, 21 Jun 2023 00:33:08 +0000
**Importance:** Normal

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Thursday, May 18, 2023 3:38 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: Pharmacy Partnership

Sameer,

I have included a few links regarding g this pharmacy. I have a follow up call with Jarod the pharmacy owner tomorrow so I will try to find out additional information.

https://npidb.org/organizations/suppliers/community-retail-pharmacy_3336c0003x/1326760638.aspx

https://npino.com/pharmacy/1326760638-music-city-pharmacy-%26-compounding%2C-llc/

Kind regards,
Brian Woods, FACMPE

Get Outlook for iOS

---

**From:** Sameer Padhye <spadhye@nsprxlv.com>
**Sent:** Thursday, May 18, 2023 6:33:18 PM
**To:** Brian Woods <BWoods@nsprxlv.com>
**Subject:** Re: Pharmacy Partnership

Brian,

Thanks. That will be great.
Can you create or send a quick profile on the pharmacy?
More details to see if they fit our requirements.

Sameer

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Thursday, May 18, 2023 2:11 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: Pharmacy Partnership

Sameer,



I have spoke to the owner of Music City Compounding pharmacy in Nashville and he is very interested in speaking to us about a partnership or selling. He currently has PBM contracts and is currently licensed in Tennessee. He would like to possibly schedule a zoom call on Monday late afternoon or evening central time zone if possible.



#16098.1

Kind regards,
Brian Woods, FACMPE

Get Outlook for iOS

#16098.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Music City Pharmacy & Compounding
**Date:** Wed, 21 Jun 2023 00:31:33 +0000
**Importance:** Normal

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Friday, May 19, 2023 11:09 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: Music City Pharmacy & Compounding
Jarod Juillerat, Pharm.D.; Susan Gupton, Pharm.D.
Music City Pharmacy & Compounding, LLC
1900 Patterson St, STE 200
Nashville, TN 37203
p 615-750-2707
f 615-750-2695
cell: 205-821-3521 (Jarod's Personal cell)

Get Outlook for iOS

**#15792.1**

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Music City Pharmacy & Compounding
**Date:** Wed, 21 Jun 2023 00:31:57 +0000
**Importance:** Normal

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Friday, May 19, 2023 8:37 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>; Brian Woods <BWoods@nsprxlv.com>
**Subject:** Re: Music City Pharmacy & Compounding

I just spoke with Jarod the owner of Music City Pharmacy & Compounding and he gave me the following information. New pharmacy started in December 2022 with two pharmacist employees. He is currently doing non sterile compounding with filling ten compounds per day. He currently has PBM contracts with all major carriers except for DOD Tricare, Humana and Navatis. He is currently only licensed in Tennessee but is very open to discussing a partnership or selling the pharmacy. He would like to possibly schedule a zoom call for either 1:00 p.m. or 5:00 p.m. Central time zone on Monday 5/22/23 if not we can look at other days next week.


Kind regards,
Brian Woods, FACMPE

Get Outlook for iOS

#15232.1

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: PROCOMPOUNDING PHARMACY
**Date:** Wed, 21 Jun 2023 01:04:19 +0000
**Importance:** Normal

---

**From:** Brian Woods <BWoods@nsprxlv.com>
**Sent:** Monday, May 8, 2023 9:20 AM
**To:** Sanjiv Dhawan <sdhawan@nsprxlv.com>; Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Fwd: PROCOMPOUNDING PHARMACY

Get Outlook for iOS

**From:** Jessica Patrone <Jessica.Patrone@procompounding.com>
**Sent:** Monday, May 8, 2023 11:58 AM
**To:** Brian Woods <BWoods@nsprxlv.com>
**Subject:** PROCOMPOUNDING PHARMACY

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Hi Brain,
It was a pleasure speaking with you today. This is my email address. Feel free to contact me however you like. I also texted my cell number, but just in case you didn't get it, it's 239-851-7317.
Thanks,

*Jessica Patrone Pharm. D.*

President/Owner, Procompounding, LLC
Procompounding Pharmacy
527 N State of Franklin Road, Suite 2
Johnson City, TN 37604
www.ProCompounding.com
Phone: 1-855-975-0597 ex: 2089
Fax: 1-423-975-6304
Jessica.Patrone@ProCompounding.com
**Click for About Us**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. If you received this in error, please contact the sender and delete the material from any computer.



EXHIBIT
31

31

**#15899.1**

EXHIBIT
32

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: procompoundingQuestion Answer Attachment to Support
**Date:** Wed, 21 Jun 2023 00:39:10 +0000
**Importance:** Normal
**Attachments:** validation_report.xlsx; questions_and_answers.xlsx; SOP_2022_-_Combined_(2).pdf; Intake_policy_and_procedures_(5).pdf; p_p_antikickback.docx; PCAB_LETTER_2022.pdf; PCAB_inspection_2022.pdf; Final_SOF_-_59903_ProCompounding_LLC_EDCT_43313,_Johnson_City,_TN,_20220504.pdf; Certificate_-_ProCompounding_LLC_59903.pdf; PCAB_Accreditaition_Letter_2019.pdf; current_tn_inspection_2021.pdf; TNBOP_2021_ProCompounding_JC_USP_795_120621.xlsx; 917581.pdf; 917575.pdf; 899289.pdf; 2883_001.pdf; 2882_001.pdf

---

**From:** Sanjiv Dhawan <sdhawan@nsprxlv.com>
**Sent:** Thursday, May 18, 2023 6:05 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Fw: procompoundingQuestion Answer Attachment to Support

saved this all to the expansion folder on dropbox

Sanjiv S. Dhawan
Founder, CEO & GC
National Specialty Pharmacy LLC

m. 650.248.3100

3022 West Post Road
Las Vegas, NV 89012

IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

---

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Wednesday, May 17, 2023 6:57 PM
**To:** Sanjiv Dhawan <sdhawan@nsprxlv.com>
**Subject:** Fwd: procompoundingQuestion Answer Attachment to Support

Get Outlook for iOS

**From:** Jessica Patrone <Jessica.Patrone@procompounding.com>
**Sent:** Wednesday, May 17, 2023 5:33:06 PM
**To:** Stuart Koszer <skoszer@nsprxlv.com>
**Subject:** procompoundingQuestion Answer Attachment to Support

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

| Question | Answer | | Attachment to Support |
|---|---|---|---|
| 1. Mix of Rxs | Traditional represent 12.5% compounds 77.4%, other 10.1% (otc, supplements, devices etc.) | | validaton report |
| 2. RX counts | average since Jan to date: 2029 RXs per month | | validation report |
| 3. Controlled Substances | CII- 0%, CIII-V- 11.3% (testosterone, ketamine, gabapentin) | | validation report |
| 4. How many CII per month | | 0 | validation report |
| 5. CII percentage of total RXXs and percentage of all controls | | 0 | validation report |
| 6. Does pharmacy compound CII | no | | |
| 7. Does pharmacy compound CSP | no | | |
| 8. Does pharmacy compound CHSP | yes. 800 compliant | | SOP for hazardous compounding |
| 9. Does pharmacy compound CNSP | yes. 795 compliant | | SOP for compounding, USP 795 inspection 2021 (last inspection), PCAB accreditation 2022 |
| 10. Does pharmacy perform 3rd party analysis of compounded preparations for extended BUD | we perform 3rd party analysis to validate processes and validate employee training. This is part of employee competentcies We don't extend BUD beyond current USP 795 standards | | 3rd party analysis and SOP |

32

**#16182.1**

| | | |
|---|---|---|
| 11. Who does the pharmay use for 3rd party testing | ARL, stock formulations are tested | 3rd party analysis |
| 12. Does the pharmay supply compounded product for resal to a provider | no | |
| 13. Does the pharmacy provide compounded preparations for dispensin as part of a program | we bill and ship some compounds to provider offices, but every RX is pursuant to a patient RX | |
| 14. Who are the API, base and supplies vendors | API/Bases: PCCA, Medisca, Fagron/Humco/Letco, D'armerica, Willow Birch Supplies: Amazon, Tacy Medical, Uline, Medisca, PCCA, Berlin Packaging, US Plastics, Medline, Integral RX supplies, premium vials, Royal Bag, Sams Club | |
| 15. State Board of pharmacy inspection | last inspection 12/21- due now for another inspection | 2021 inspection, 795 inspection |
| 16. Any BOP discipline | no | |
| 17. Any DEA investigations | no | |
| 18. Any FDA investigations | no | |
| 19. Pharmacy Certification | yes- PCAB | PCAB accreditation 2022 |
| 20. If so, how long certified? When is recert due? | PCAB for at least 9 years. Perfect inspection reports on the last two. Recert due 5/25 | PCAB inspection report, PCAB accreditition letter 2022 |
| 21. Primary and Secondary vendors | Primary: Smith Drug Secondary: Masters, Integral, Auburn, Anda, Parmed, Smartsource | |
| 22. Part of buying group | no | |
| 23. Primary Wholesaler contract or purchase agreement | no | |
| 24. under contract with primary wholesaler | no | |
| 25. rebates from wholesalers | no | |
| 26.PSAO | no | |
| 27. Third Party contract | ESI, OptumRx, CVS/CRK, Humana, Navitus, Welldyne, TN medicaid, NC medicaid, Southern Scripts, Tricare, scriptcare | |
| 28. 3rd party contracts independent of PSAO | all | |
| 29. 3rd party audits | OptumRx yearly audit, CVS desk audit | copy of audit -optum sumbitted- waiting for results |
| 30. Pharmacy System used | RX Dispense | |
| 31. POS systen | Cashier live | |
| 32. payment processor | Celero | |
| 33. OTC mix and gross margin | 0.71% | P&L previously sent |
| 34. OTC suppliers | wellevate (emerson ecologics), Smith Drug, Metagenics, Ortho Molecular, Pure Encapsulations | |
| 35. Local Provider relationships | collaborative practice agreement ivermectin | collaborative practice agreement SOP- intake PP |
| 36. Adhere to antikickback | yes, OIG compliant | SOP Anti-kickback |

*Jessica Patrone Pharm. D.*

Presidunt/Owner, Procompounding, LLC

Procompounding Pharmacy
527 N State of Franklin Road, Suite 2
Johnson City, TN 37604
www.ProCompounding.com
Phone: 1-855-975-0597 ex: 2089
Fax: 1-423-975-6304
Jessica.Patrone@ProCompounding.com
**Click for About Us**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. If you received this in error, please contact the sender and delete the material from any computer.

#16182.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Randy Martin: Heartland Apothecary
**Date:** Wed, 21 Jun 2023 01:02:52 +0000
**Importance:** Normal



---

**From:** Randy Martin <randymartinpharmd@gmail.com>
**Sent:** Wednesday, May 10, 2023 4:45 PM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Re: Randy Martin: Heartland Apothecary

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Hi Sameer,

No worries at all. I hope you all were able to find a good partner.

I honestly had no intention to sell my business for at least another 7-8 years. But after meeting with you and Brian I felt like you all would be great to work with so I was definitely considering it.

Definitely keep in touch. I would love to work with you in the future if any opportunities present themselves.

Sincerely,
Randy

On May 10, 2023, at 6:59 PM, Sameer Padhye <spadhye@nsprxlv.com> wrote:

Randy,
Hope you are doing well.
We have given serious consideration to the information you have sent to us. I have discussed this with my CEO and owner of the pharmacy. Currently, his focus is mainly on patients with insurance and white card. This means we will need all PBM credentials. You have a great business but it is cash only, and getting those PBM credentials could take 6 to 9 months' time.
For those reasons, we can not make an offer to acquire your business.
On personal note, I liked you and your business, and I believe it has a lot of potential to grow. Let's stay in touch and may be our paths will cross again soon.
Thanks, and sorry it did not work out this time.
Sameer

**From:** Randy Martin <randymartinpharmd@gmail.com>
**Sent:** Friday, May 5, 2023 6:07 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Randy Martin: Heartland Apothecary



#15683.1

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Updated P&L for Heartland Apothecary

> On May 2, 2023, at 8:41 PM, Randy Martin <randymartinpharmd@gmail.com> wrote:
>
> <Profit Loss 2022.pdf><Profit Loss 2023.pdf>

#15683.2

**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: Randy Martin: Heartland Apothecary
**Date:** Wed, 21 Jun 2023 01:06:05 +0000
**Importance:** Normal
**Attachments:** 04_2023_P&L_-_Heartland.pdf

---

**From:** Randy Martin <randymartinpharmd@gmail.com>
**Sent:** Friday, May 5, 2023 6:07 AM
**To:** Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** Randy Martin: Heartland Apothecary
** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Updated P&L for Heartland Apothecary

> On May 2, 2023, at 8:41 PM, Randy Martin <randymartinpharmd@gmail.com> wrote:
>
> <Profit Loss 2022.pdf><Profit Loss 2023.pdf>




EXHIBIT
34

#15592.1

# Heartland Apothecary

## Profit and Loss

### April 2023

| | TOTAL | |
|---|---|---|
| | APR 2023 | JAN - APR, 2023 (YTD) |
| **Income** | | |
| Sales | 155,593.86 | 686,630.84 |
| **Total Income** | **$155,593.86** | **$686,630.84** |
| **Cost of Goods Sold** | | |
| Cost of Goods Sold | 35,508.39 | 126,311.60 |
| **Total Cost of Goods Sold** | **$35,508.39** | **$126,311.60** |
| **GROSS PROFIT** | **$120,085.47** | **$560,319.24** |
| **Expenses** | | |
| Accounting Fees | 620.00 | 2,480.00 |
| Advertising & Marketing | 144.21 | 144.21 |
| Amortization Expense | 5,481.00 | 21,924.00 |
| Auto Expense | 41.04 | 124.63 |
| Bank Charges & Fees | 145.00 | 645.00 |
| Charitable Contributions | | 20.62 |
| Cleaning Expense | 5,180.00 | 5,900.00 |
| Contractors | 4,160.00 | 22,250.00 |
| Depreciation Expense | 0.00 | 3,173.73 |
| Employer Paid Life Insurance | | 1,708.46 |
| Insurance | 724.50 | 2,786.00 |
| Owner Health Insurance | 625.00 | 2,500.00 |
| **Total Insurance** | **1,349.50** | **5,286.00** |
| Interest Paid | 2,859.06 | 11,347.77 |
| Job Supplies | 967.90 | 2,404.26 |
| Licenses and Fees | | 700.00 |
| Meals & Entertainment | 427.58 | 1,326.86 |
| Merchant Services Fees | 7,026.90 | 26,199.88 |
| Office Expense | 540.95 | 2,592.36 |
| Office Supplies | 1,420.60 | 1,552.34 |
| Payroll Expenses | | |
| Company Contributions | | |
| Retirement | 515.08 | 2,201.98 |
| **Total Company Contributions** | **515.08** | **2,201.98** |
| Taxes | 2,366.76 | 12,859.87 |
| Wages | 30,586.85 | 138,663.32 |
| **Total Payroll Expenses** | **33,468.69** | **153,725.17** |
| Postage & Delivery | 3,423.56 | 16,228.87 |
| Rent & Lease | 6,457.00 | 25,828.00 |
| Repairs & Maintenance | 602.81 | 5,083.29 |
| Retirement Admin Fees | | 1,100.00 |
| Security System | 220.00 | 220.00 |
| Software Expense | 2,173.83 | 7,086.66 |
| Sterilization | 1,600.00 | 1,600.00 |

**#16988.1**

# Heartland Apothecary

## Profit and Loss

### April 2023

|  | TOTAL | |
|---|---|---|
|  | APR 2023 | JAN - APR, 2023 (YTD) |
| Taxes & Licenses | 861.00 | 1,782.45 |
| Telephone | 71.34 | 285.69 |
| Training & Education |  | 329.98 |
| Utilities | 1,131.15 | 4,084.24 |
| **Total Expenses** | **$80,373.12** | **$327,134.47** |
| **NET OPERATING INCOME** | **$39,712.35** | **$233,184.77** |
| Other Income |  |  |
| TNDOR Vendor Compensation Discount 2022-2023 | 25.00 | 100.00 |
| **Total Other Income** | **$25.00** | **$100.00** |
| **NET OTHER INCOME** | **$25.00** | **$100.00** |
| **NET INCOME** | **$39,737.35** | **$233,284.77** |

**#16988.2**



**From:** "Sameer Padhye" <spadhye@nsprxlv.com>
**To:** "spadhye50@gmail.com" <spadhye50@gmail.com>
**Subject:** Fw: McKesson RxOwnership
**Date:** Wed, 21 Jun 2023 01:25:38 +0000
**Importance:** Normal
**Attachments:** 1050_Oakridge_Turnpike_Oakridge,_TN.xlsx;
1050_Oakridge_Turnpike_Oakridge,_TN.docx
**Inline-Images:** image002.png; image003.png; image001.png

---

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Monday, April 24, 2023 8:12 AM
**To:** Sanjiv Dhawan <sdhawan@nsprxlv.com>; Sameer Padhye <spadhye@nsprxlv.com>
**Subject:** FW: McKesson RxOwnership
"A leader that won't listen to others will eventually be surrounded by people that have nothing to say." -Andy
Stanley
**Stuart J. Koszer, RPh.**
**Pharmacist and Chief Strategy and Deployment Officer**

### SPECIALTY ℞ PHARMACY

National Specialty Pharmacy LLC
Cell 702-480-9074 | Pharmacy 702-832-3320
3022 W Post Rd
Las Vegas, NV 89118
IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5
USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing
regulations and must be protected in accordance with those provisions. Healthcare information is personal and
sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided
to you after appropriate authorization from the patient or under circumstances that do not require patient
authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure
without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to
maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please
notify the sender at once and destroy any copies you have made.

---

**From:** LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Date:** Saturday, April 22, 2023 at 8:20 AM
**To:** Stuart Koszer <skoszer@nsprxlv.com>, Miller, Cory R <Cory.Miller2@McKesson.com>
**Cc:** Glinka, Kacey <Kacey.Glinka@McKesson.com>, LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Subject:** RE: McKesson RxOwnership

==** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **==
Hi Stuart,
Good talking yesterday.
Here is a site analysis of the area. I stretched it out 15 miles just to grab a bunch of data for you since your model isn't
the stereotypical retail rx. Let me know if you have any questions about it.
Also I there is some info on heat zones below. If the other person you are speaking to is interested in selling a location,
we can definitely do a valuation model to get a ballpark area on what it is worth and help walk thru process. The HMA
pre-enrollment guides just provides some contact info along with do's and don't once we would get to that stage.

 **#15932.1**



HMA Pre Enrollment Guide - Ownership Changes 9.15.22



HEAT Zone Guide



[RxOwnership Acquiring a Pharmacy Guide](#)

Let me know if there is anything else we can do to help.

**Thanks,**

**Gary LeBlanc|**Vice President RxOwnership, Southeast Region | *t* 409.499.2752 | f 303-930-5591 | McKesson Pharmaceutical Solutions and Services
**RxOwnership** by McKesson | 6555 State Highway 161, Las Colinas, TX 75039 | [www.rxownership.com](http://www.rxownership.com)
Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Sent:** Tuesday, April 11, 2023 8:11 AM
**To:** Stuart Koszer <skoszer@nsprxlv.com>; Miller, Cory R <Cory.Miller2@McKesson.com>
**Cc:** Glinka, Kacey <Kacey.Glinka@McKesson.com>; LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Subject:** RE: McKesson RxOwnership

Hi Stuart,
No worries about having to reschedule and sorry to hear about your illness and hospitalization! Here is a link to schedule something when you start feeling better and are released.

[Stuart:Gary discussion](#)

Get well soon!

**Thanks,**

**Gary LeBlanc|**Vice President RxOwnership, Southeast Region | *t* 409.499.2752 | f 303-930-5591 | McKesson Pharmaceutical Solutions and Services
**RxOwnership** by McKesson | 6555 State Highway 161, Las Colinas, TX 75039 | [www.rxownership.com](http://www.rxownership.com)
Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Monday, April 10, 2023 6:20 PM
**To:** LeBlanc, Gary <Gary.LeBlanc@McKesson.com>; Miller, Cory R <Cory.Miller2@McKesson.com>
**Cc:** Glinka, Kacey <Kacey.Glinka@McKesson.com>; LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Subject:** [EXTERNAL] Re: McKesson RxOwnership

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Gary,
I am presently in the hospital and need to reschedule our call.
Barring any serious disaster, I should be out by the end of the week.
Let's try to schedule something for next week.
I am so sorry if this causes any issues.

#15932.3

Get Outlook for iOS

---

**From:** LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Sent:** Friday, April 7, 2023 1:56:52 PM
**To:** Stuart Koszer <skoszer@nsprxlv.com>; Miller, Cory R <Cory.Miller2@McKesson.com>
**Cc:** Glinka, Kacey <Kacey.Glinka@McKesson.com>; LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Subject:** RE: McKesson RxOwnership

<mark>** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **</mark>

Hi Stuart,

I checked and the only thing I currently have showing open to sell is about two hours away. I am also reaching out to the field to see if they have heard of anyone who may be interested. As we keep going thru this year, I am getting more people who are saying they are ready now vs slowly wanting to exit.

I'll have more info for our conversation.

**Thanks,**
**Gary LeBlanc** | Vice President RxOwnership, Southeast Region | t 409.499.2752 | f 303-930-5591 | McKesson Pharmaceutical Solutions and Services
**RxOwnership** by McKesson | 6555 State Highway 161, Las Colinas, TX 75039 | www.rxownership.com
Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Friday, April 7, 2023 11:42 AM
**To:** LeBlanc, Gary <Gary.LeBlanc@McKesson.com>; Miller, Cory R <Cory.Miller2@McKesson.com>
**Cc:** Glinka, Kacey <Kacey.Glinka@McKesson.com>
**Subject:** [EXTERNAL] Re: McKesson RxOwnership

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

---

Gary,
Are there any other Pharmacy's, that you know of, in the Oak Ridge area that might be for sale?
Might as well try and cover all bases.
**"A leader that won't listen to others will eventually be surrounded by people that have nothing to say." -Andy Stanley**
**Stuart J. Koszer, RPh.**
**Pharmacist and Chief Operating Officer**



National Specialty Pharmacy LLC
Cell 702-480-9074 | Pharmacy 702-832-3320
3022 W Post Rd
Las Vegas, NV 89118
IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** "LeBlanc, Gary" <Gary.LeBlanc@McKesson.com>
**Date:** Thursday, April 6, 2023 at 5:39 PM
**To:** "Miller, Cory R" <Cory.Miller2@McKesson.com>, Stuart Koszer <skoszer@nsprxlv.com>

#15932.4

Cc: "Glinka, Kacey" <Kacey.Glinka@McKesson.com>, "LeBlanc, Gary" <Gary.LeBlanc@McKesson.com>
**Subject:** RE: McKesson RxOwnership

==** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **==

Thanks Cory and Hi Stuart,

It has been a while since we spoke (think last Sept).

My schedule has been packed but will attempt to contact you at 702-480-9074.

Also, if it is easier to schedule time than see if we can randomly connect, here is a link to my calendar for you to schedule time to discuss.

Stuart:Gary follow up

**Thanks,**

**Gary LeBlanc**|Vice President RxOwnership, Southeast Region | t 409.499.2752 | f 303-930-5591 | McKesson Pharmaceutical Solutions and Services
**RxOwnership** by McKesson | 6555 State Highway 161, Las Colinas, TX 75039 | www.rxownership.com
Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Miller, Cory R <Cory.Miller2@McKesson.com>
**Sent:** Thursday, April 6, 2023 12:16 PM
**To:** Stuart Koszer <skoszer@nsprxlv.com>; LeBlanc, Gary <Gary.LeBlanc@McKesson.com>
**Subject:** RE: McKesson RxOwnership

Stuart,

It was great speaking with you this morning. As mentioned, Gary LeBlanc is my counterpart covering the Tennessee market. He can be reached directly at 409-499-2752.

@LeBlanc, Gary,

Stuart Koszer is the COO at National Specialty Pharmacy in Las Vegas. They are looking at acquiring Jefferson Compounding Center in Tennessee. I've listed a few notes below from my call with Stuart:

- The current business is largely compounding with a little cash business.
- Pharmacy has a diner
- Stuart and CEO visiting the pharmacy next week
- Seller is asking $400k for pharmacy and diner

Can you please reach out to Stuart regarding the opportunity? He can be reached directly at 702-480-9074.

Thanks,

**Cory Miller**
Vice President, RxOwnership | m 619.807.9257 | f 619.374.1389 | cory.miller2@mckesson.com
Pharmaceutical Solutions and Services
**RxOwnership** by McKesson | www.rxownership.com
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Wednesday, April 5, 2023 1:16 PM
**To:** Miller, Cory R <Cory.Miller2@McKesson.com>
**Subject:** [EXTERNAL] Re: McKesson RxOwnership

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Yes, perfect.

**"A leader that won't listen to others will eventually be surrounded by people that have nothing to say." -Andy Stanley**
**Stuart J. Koszer, RPh.**
**Pharmacist and Chief Operating Officer**



National Specialty Pharmacy LLC
Cell 702-480-9074 | Pharmacy 702-832-3320
3022 W Post Rd

#15932.5

Las Vegas, NV 89118
IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** "Miller, Cory R" <Cory.Miller2@McKesson.com>
**Date:** Wednesday, April 5, 2023 at 1:05 PM
**To:** Stuart Koszer <skoszer@nsprxlv.com>
**Subject:** Re: McKesson RxOwnership

** Notice, this email is from an External Source. Use caution when clicking links or opening attachments **

Yes, my apologies. 10am PST. Is your cell the best number to reach you?
Thanks,
Cory Miller
VP, RxOwnership
M. 619-807-9257
F. 619-374-1389

**From:** Stuart Koszer <skoszer@nsprxlv.com>
**Sent:** Wednesday, April 5, 2023 1:03:17 PM
**To:** Miller, Cory R <Cory.Miller2@McKesson.com>
**Subject:** [EXTERNAL] Re: McKesson RxOwnership

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

Cory,
I am available tomorrow at 10am. I assume that is 10am PDT?
**"A leader that won't listen to others will eventually be surrounded by people that have nothing to say." -Andy Stanley**
**Stuart J. Koszer, RPh.**
**Pharmacist and Chief Operating Officer**

NATIONAL
**SPECIALTY** **PHARMACY**

National Specialty Pharmacy LLC
Cell 702-480-9074 | Pharmacy 702-832-3320
3022 W Post Rd
Las Vegas, NV 89118
IMPORTANT WARNING: This email (and any attachments) may contain information covered under the Privacy Act, 5 USC 552 (a), and/or Health Insurance Portability and Accountability Act (PL104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.

**From:** "Miller, Cory R" <Cory.Miller2@McKesson.com>
**Date:** Wednesday, April 5, 2023 at 1:00 PM

#15932.6

**To:** Stuart Koszer <skoszer@nsprxlv.com>
**Subject:** McKesson RxOwnership

**\*\* Notice, this email is from an External Source. Use caution when clicking links or opening attachments \*\***

Hi Stuart,

Thank you for your interest in RxOwnership. My name is Cory Miller and I am responsible for the RxOwnership division of McKesson for the West Region.

RxOwnership is a no-fee confidential service, assisting buyers and sellers through ownership transitions. We can supply assistance with business valuations, individualized matching services, market intelligence, as well provide introductions to pharmacy specific financial institutions that can assist with the capital business loan requirements.

If you are in the process of, or have interest in buying or selling a pharmacy, or looking for guidance on your business financials I would be happy to help answer questions you have and assist you through the process.

Are you available tomorrow at 10am or next week to connect by phone?

Thanks,

**Cory Miller**
Vice President, RxOwnership | *m* 619.807.9257 | *f* 619.374.1389 | cory.miller2@mckesson.com
Pharmaceutical Solutions and Services
**RxOwnership** by McKesson | www.rxownership.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

#15932.7