**EXHIBIT E**

> 5/23/23, 7:29 PM
> iPhone (254) (19518678672)
> Do you have a personal email address? I have something to send you

5/23/23, 7:30 PM

Maybelline Sana (7024159912)

yes maybsana@gmail.com

> 5/23/23, 7:33 PM
> iPhone (254) (19518678672)
> Sent 15 compounding pharmacies, and 7 HHA's

5/23/23, 7:34 PM

Maybelline Sana (7024159912)

Okay looking at them now

> 5/23/23, 7:34 PM
> iPhone (254) (19518678672)
> Liked "Okay looking at them now"

> 5/23/23, 7:35 PM
> iPhone (254) (19518678672)
> I tried to find the less advertised HHA's that aren't big names such as (NCP, Giving, CNS, PCM)

5/23/23, 8:44 PM (Viewed 5/23/23, 9:08 PM)

Maybelline Sana (7024159912)

Will it matter to HHA's/patients how far we are if aren't in Los Alamos?

> 5/23/23, 9:09 PM
> iPhone (254) (19518678672)
> Possibly, but if we build the right relationships trust will outweigh distance

> 6/2/23, 12:42 PM
> iPhone (254) (19518678672)
>
> **What if we expand our population beyond DOL? Private insurance, Medicare etc?**

Maybelline Sana (7024159912)

> 6/2/23, 12:43 PM
>
> Reimbursements are very low. Net profit $1-5 per rx

> 6/2/23, 12:44 PM
> iPhone (254) (19518678672)
>
> **What about veterinary compounds? All of these pharmacy's seem to be doing vaccines, retail, and veterinary**

Maybelline Sana (7024159912)

> 6/2/23, 12:45 PM
>
> That's what me and Sameer's initial move was Cash Compounds only

> 6/2/23, 12:46 PM
> iPhone (254) (19518678672)
>
> **We can still focus on DOL and make as much as we can with that but we are going to have to add extras**

Maybelline Sana (7024159912)

> 6/2/23, 12:48 PM
>
> We make about 700k last year in derm and that's with Stu killing off the business. Before then it was 2mil

> 6/2/23, 12:49 PM
> iPhone (254) (19518678672)
>
> **Then Derm is profitable, is testosterone profitable too?**

Maybelline Sana (7024159912)

> 6/2/23, 12:49 PM
>
> Yes. And this is with zero marketing

> 6/2/23, 12:50 PM
> iPhone (254) (19518678672)
>
> **Then that's what we shoot for, DOL, Derm, HRT ONLY**

> 6/2/23, 11:32 AM
> iPhone (254) (19518678672)
>
> **Can you get a hold of an existing patient that has compounds prescribed already and try and run them?**

> 6/2/23, 11:37 AM
> iPhone (254) (19518678672)
>
> **DR-CRM Re: Bizbuysell Growing Pharmacy in Desirable Location! (17705). Sign NDA: dr-crm.com/s/4ou5QLznBwICicRz. Reply stop to unsubscribe**

> 6/2/23, 11:38 AM
> iPhone (254) (19518678672)
>
> **This NM pharmacy reached out to me and wants us to sign an NDA** ⬆️

6/2/23, 11:40 AM

**Maybelline Sana (7024159912)**
Message is a reply to thread: "Can you get a hold of an existing patient that has compounds prescribed already and try and run them?"

No luck. Cannot get it to go thru

> 6/2/23, 11:41 AM
> iPhone (254) (19518678672)
>
> **Type in my personal email. Bridgesrayne@gmail.com**

6/2/23, 11:44 AM

**Maybelline Sana (7024159912)**

Oh this is for that Albuquerque compounding pharmacy

> 6/2/23, 11:44 AM
> iPhone (254) (19518678672)
>
> **Yes**

Maybelline Sana (7024159912)

6/3/23, 12:58 PM (Viewed 6/3/23, 1:00 PM)

How do you feel about a pharmacy in Bay Area and me and you traveling every week? Me and Sameer discussed this before that for our starter pharmacy should be close to someone. Since we can't start in NV, if Marisa joins, then it'll at least be close to her and Sameer and for sales we can work remotely.

6/3/23, 1:05 PM
iPhone (254) (19518678672)

What is the main focus area?

6/7/23, 11:11 AM

Maybelline Sana (7024159912)

It's what I know. And that's why Sameer approached me last year because he saw the compound numbers I gave him. If it's a cash business only then I know we can do something with it

8/1/23, 1:00 PM

Maybelline Sana (7024159912)

I'm not okay with it. I spent 9 mos playing the game with him 3x a week after work in secret meetings 🫠 we talked every day 2-3x a day. Wtf is happening lol I was driving today and all I could was laugh like a psycho

**Maybelline Sana (7024159912)** — 8/4/23, 5:26 PM
Oh shit we've really been found out

8/4/23, 5:27 PM (Read 8/4/23, 5:27 PM)
iPhone (254) (19518678672)
> 😦😦😦

426

DEF00748

**Maybelline Sana (7024159912)** — 8/4/23, 5:27 PM (Viewed 8/4/23, 5:29 PM)
It's past 5 so who the hell is working on it. It's gotta be Marisa

8/4/23, 5:29 PM
iPhone (254) (19518678672)
> Michelle

8/4/23, 5:29 PM (Read 8/4/23, 5:29 PM)
iPhone (254) (19518678672)
> It could be Michelle

**Maybelline Sana (7024159912)** — 8/4/23, 5:30 PM
She's not tech savvy enough 🙄🙄🙄

8/4/23, 5:34 PM (Read 8/4/23, 5:36 PM)
iPhone (254) (19518678672)
> Why didn't Marisa warn you

**Maybelline Sana (7024159912)** — 8/4/23, 5:36 PM
I think she'd be scared to. I know they've been instructed to not communicate with me

8/4/23, 5:38 PM (Read 8/4/23, 5:43 PM)

> 8/7/23, 1:50 PM

**Maybelline Sana (7024159912)**
That NSP patient list you sent- a lot of those docs are in the same hospital building. Do you want to do just one day in that building

> 8/7/23, 1:50 PM (Read 8/7/23, 1:50 PM)
> iPhone (254) (19518678672)
> **Yes**

> 8/7/23, 1:51 PM (Read 8/7/23, 1:51 PM)
> iPhone (254) (19518678672)
> **Now that he's paying where do you wanna stay?**

> 8/7/23, 1:51 PM

**Maybelline Sana (7024159912)**
I think we should do what you said and stay in Farmington that one day

> 8/7/23, 1:52 PM

**Maybelline Sana (7024159912)**
I'm good with wherever you pick. We both have the same frugal bougie mindset 🫣

> 8/7/23, 1:52 PM (Read 8/7/23, 1:52 PM)
> iPhone (254) (19518678672)
> **That would potentially be a very long day for us to come back on Thursday. We'd drive back and then have to fly home**