**EXHIBIT F**

I'm still in LA. Sanjiv is asking why Derm and HRT was on hold. Didn't reply to him.

**8/3/23, 3:24 PM**
iPhone (254) (19518678672)

> Having difficulties inputting in Monday.com I keep getting the pop up "you cannot perform actions on this board because you're not a member of the Monday.com sales CRM product"

**8/3/23, 3:32 PM (Viewed 8/3/23, 3:44 PM)**
Sameer (4088028681)

> Now try in Southern California board. I changed your permissions

**8/3/23, 3:45 PM**
iPhone (254) (19518678672)

> Can you update the columns with address, phone, email

**8/3/23, 3:45 PM (Viewed 8/3/23, 3:49 PM)**
Sameer (4088028681)

> Sure

**8/3/23, 3:46 PM (Viewed 8/3/23, 3:49 PM)**
Maybelline Sana (7024159912)

> Can someone look at my Northern CA? I have never worked on Monday.com 🫠 I don't know what I'm doing

**8/3/23, 3:47 PM (Viewed 8/3/23, 3:49 PM)**
Sameer (4088028681)

> Sure

**8/3/23, 3:50 PM**
iPhone (254) (19518678672)

> It's beautiful

**8/3/23, 3:50 PM**
Sameer (4088028681)

> What?

**8/3/23, 3:52 PM**
iPhone (254) (19518678672)

> Mays section on Monday looks beautiful

**8/3/23, 3:52 PM**
iPhone (254) (19518678672)
Message is a reply to thread: "Sure"

> Also add a specialty column

**Maybelline Sana (7024159912)** — 8/4/23, 11:42 AM

> This looks like NV. I'll upload the NM pharmacies to Monday.com

**iPhone (254) (19518678672)** — 8/4/23, 11:42 AM

> Liked "This looks like NV. I'll upload the NM pharmacies …"

8/4/23, 11:50 AM (Viewed 8/4/23, 1:06 PM)

**Maybelline Sana (7024159912)**

> Sameer can you pls send invite to us for NM board on Monday.com

8/4/23, 2:41 PM (Viewed 8/4/23, 3:02 PM)

**Maybelline Sana (7024159912)**



> Did NSP find out 😁

8/4/23, 11:38 AM
Maybelline Sana (7024159912)

Rayne SoCal list has been imported to Monday.com. This list may have duplicates of the Los Angeles list from Medicare.gov. This list was generated from CMS website directly

**Maybelline Sana (7024159912)**

Maybe they couldn't figure out how to change the admin

8/4/23, 5:21 PM (Viewed 8/4/23, 5:22 PM)

**Sameer (4088028681)**

I think they will reach out to Monday and ask them to reset

8/4/23, 5:23 PM (Viewed 8/4/23, 5:24 PM)

**Sameer (4088028681)**

Ok. Sounds like I am out to. I can't log in anymore.

8/4/23, 5:23 PM (Viewed 8/4/23, 5:24 PM)

**Sameer (4088028681)**

My guess was right

8/4/23, 5:24 PM

**Sameer (4088028681)**

I am going to get new account for us

8/4/23, 5:24 PM (Viewed 8/4/23, 5:27 PM)

**Sameer (4088028681)**

Unfortunately NM data is gone.

**8/4/23, 5:15 PM**
Sameer (4088028681)

Someone has inactivated both of you but surprisingly I am still the admin and no one else is there. This is really bizarre

**8/4/23, 5:16 PM**
Sameer (4088028681)

I think we can just create our own instance for now

**8/4/23, 5:16 PM**
Sameer (4088028681)

Do we need all the New Mexico data?

**8/4/23, 5:16 PM**
Maybelline Sana (7024159912)

Yes

**8/4/23, 5:17 PM**
iPhone (254) (19518678672)

> Make sure the NM data is actually NM. Some Vegas stuff was mixed in that column

**8/4/23, 5:20 PM (Viewed 8/4/23, 5:22 PM)**
Sameer (4088028681)

The danger is taking that data out now. Sounds like some is watching. The account deactivation is a real stuff

Got new toll free number of  1 866 Taycan1. Will take 2 days to get activated but trying add your numbers to forward the call