# EXHIBIT G

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** Owen BonDurant <owen@independent-rx.com>, mike@independent-rx.com
**Subject:** Looking for new compounding pharmacy
**Date:** Sat, 17 Jun 2023 17:57:04 +0000

Hi Owen and Mike,

I interacted with you back in Nov. last year thru National Specialty Pharmacy.
Unfortunately, NSP did not move forward with the project but now I have left NSP and want to start on my own.
Would like to work with you to find a suitable pharmacy with a 503A or 503B license.

Let me know if you are interested. You can reach out to me at 408 802 8681

Thanks

Sameer Padhye





#144394.1

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** mike@independent-rx.com, Owen BonDurant <owen@independent-rx.com>
**Subject:** Re: Independent Rx Contracts sent you Sameer Padhye - Buy a Pharmacy
**Date:** Wed, 21 Jun 2023 18:37:34 +0000

---

Owen and Mike,

I have completed the form and bank details.
Let me know as soon as possible when you sign the contract, so we can start. I would like to send you the information about the 503B facility from LA as time is of the essence.
I would like to get your advice so we can go and inspect the location if required.

Thanks

Sameer

On Wed, Jun 21, 2023 at 4:55 AM Independent Rx Contracts <docs@email.pandadoc.net> wrote:



EXHIBIT

12

#144473.1

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** Alexander Levitan <levchik@yahoo.com>
**Subject:** Re: Your Business-for-sale listing Encino-ShOaksRX
**Date:** Thu, 29 Jun 2023 18:27:35 +0000

---

Hi Alexander,

Thanks for the email. I am not a Licensed CA pharmacist but I have run other compounding pharmacies in Nevada and Tennessee. I am an investor and I have a team of Pharmacists and sales experts.

I am interested in establishing a compounding pharmacy in California. Let me know your interest.

Thanks

Sameer

On Tue, Jun 27, 2023 at 5:19 PM Alexander Levitan <levchik@yahoo.com> wrote:
> Samir,
>
> Thank you for your interest. Are you CA licensed pharmacist?
>
> All the best!
>
> Thank you and have a wonderful day!
>
> Very gratefully yours,
>
>
> 
> **Alexander Levitan**
> Managing Partner - Pacific Business Advisors      **Pharmacies M&A**
> Broker- Associate - Pinnacle Estate Properties      **Residential Real Estate**
>
> **818.640.8080** | levchik@yahoo.com efax 818.806.3200
> www.californiarxbroker.com
> www.pharmhealthlaw.com
> **Preferred Broker for CPL – California Pharmacy Lawyers**
> www.CAPharmacyLaw.com
>
> http://californiarxbroker.com/wp-content/uploads/2018/03/alex-cabb-**confidentiality-agreement**-retail-pharmacy.pdf



> Please consider your environmental responsibility. Before printing this e-mail message, ask yourself whether you really need a hard copy.

**Please see the disclaimer:** Alexander Levitan is not financial Securities Broker/Dealer and does not provide investment, tax, or legal advice.



"Optimism is the faith that leads to achievement. Nothing can be done without hope and confidence." - Helen Keller.

#144432.1

On Tuesday, June 27, 2023 at 03:03:36 PM PDT, interest@bizbuysell.com <interest@bizbuysell.com> wrote:



# Notification: New buyer lead from the BrokerWorks Network

Dear Alex Levitan,

You've received a message regarding your "Profitable Retail Compounding Pharmacy in Encino-Sherman Oaks area" listing.

## Buyer Information

**Contact Name**: Sameer padhye

**Contact Email**: spadhye50@gmail.com

**Contact Phone**: (408) 802-8601

**Contact Zip**: 95014

**Able to Invest**: $ 500,000

**Purchase Within**: 3

**Comments**:

## Listing Information

**Headline**: Profitable Retail Compounding Pharmacy in Encino-Sherman Oaks area

**Listing ID**: 1965312| View All Your Listings

**Ref ID**: Encino-ShOaksRX

#144432.2

You can reply directly to this email to respond to the buyer.

We take our lead quality very seriously if you believe this is not a legitimate inquiry, please report it as spam

Thank you,
BizBuySell

Unsubscribe  |  Email Preferences  |  Terms of Use  |
Privacy Notice  |  Contact Us

This system email was sent to by BizBuySell
101 California St, 43rd Floor, San Francisco, CA 94111

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** "rx@towncreekpharmacy.com" <rx@towncreekpharmacy.com>, Owen BonDurant <owen@independent-rx.com>
**Subject:** NDA and partnership
**Date:** Mon, 10 Jul 2023 20:47:27 +0000
**Attachments:** Non-Disclosure_Town_Creek_pharmacy.docx

---

Hi Matt,

Hope you had a good weekend.

Please find attached the NDA for a 3 party signature. I am also going to have Independent Rx team sign on it .

I also wanted to find out if you are OK for 51/49 % partnership, where I would like to get 51% ownership. That way we have no deadlocks and easy to make decisions, if required. I would like both of you to be an integral part of the management team and run the business.

With the NDA, can you please send any financial data and overview of what investments you have made so far? Independen Rx will start engaging with you do start the process.

Thanks

Sameer

EXHIBIT
39

#144573.1

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** Maybelline Sana <maybellinesana@gmail.com>, bridgesrayne@gmail.com
**Subject:** Fwd: Joint Venture Opportunity @ Mon, Aug 7, 2023 11:30am – 12:15pm (GMT-07)
**Date:** Tue, 08 Aug 2023 22:44:29 +0000

FYI....

---------- Forwarded message ---------
From: **Sameer Padhye** <spadhye50@gmail.com>
Date: Tue, Aug 8, 2023 at 3:42 PM
Subject: Joint Venture Opportunity @ Mon, Aug 7, 2023 11:30am – 12:15pm (GMT-07)
To: <hien.vu@stjoe.org>, <troy.gideon@providence.org>, <rajesh.ranadive@providence.org>

Subject: Gratitude for Your Valuable Time and Attention

Dear Troy, Rajesh, Hien and Danielle,

I hope this message finds you well. I wanted to take a moment to express my sincere gratitude for granting us the opportunity to present our turnkey and managed RPM/CCM services to all of you.

Your willingness to dedicate your valuable time to learn more about our offerings speaks volumes about your commitment to delivering the best possible care to your patients. It was truly an honor to share our vision for enhancing healthcare management and efficiency, and to discuss how our services can generate high margin revenue to your group.

The engaging and insightful discussions we had during our presentation only reinforced our belief that your practice and our company are well-aligned in our pursuit of excellence in patient care. Your thoughtful questions and feedback demonstrated your dedication to staying at the forefront of industry advancements.

I genuinely appreciate your openness to exploring potential collaboration, and I am excited about the possibility of working together to create positive healthcare outcomes for your patients. Your support means a lot to us, and I am committed to delivering the highest level of service and innovation to meet your practice's needs.

Please feel free to reach out to me at any time if you have additional questions or if there's anything specific you'd like to discuss further. I look forward to the opportunity to continue our dialogue and explore how our managed healthcare services can be tailored to benefit your practice.

Thank you once again for your time, consideration, and partnership potential. I am truly honored to have the chance to work with a forward-thinking medical professional like yourself.

Thanks,

**EXHIBIT**
48

#144178.1

Sameer Padhye

#144178.2

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** apadhye@reluminos.com
**Subject:** One pager document (urgent)
**Date:** Thu, 10 Aug 2023 05:13:57 +0000
**Attachments:** SPECIALTY[1].pdf; 1_4_page_-_3.75_x_4.75_(skin_creams)_v2_(email_size)[1].pdf;
TW_logo_5[1].pdf

---

Abhinay,

Please look at the attached samples. We built this for NSP.
I want a single page with the content underneath and an old white or black guy image with it.

As a pharmacy committed to providing exceptional care to our community, we understand the importance of your health and well-being.

We are pleased to inform you that after a great success in providing great services to EEOICPA (White Card) members in Nevada, we are planning to serve the prescription needs of your EEOICPA (White Card )members in New Mexico. Our dedicated team is experienced in handling the specific requirements of your program and is ready to assist you with any medication-related needs.

Whether you require regular prescriptions, compounded medications, or managed care services, we are here to offer support and care every step of the way. Our goal is to ensure your member's health and comfort while respecting the unique needs of the EEOICPA program.

Please don't hesitate to reach out to us for any questions or assistance you may need. We are honored to be a part of your healthcare journey and are committed to providing the highest quality service.

Thank you for choosing Taycann Wellness as your trusted healthcare partner. We look forward to working with you.

Please add the Phone number 1-866- Taycan1 or 1-866-829-2261

Please position Taycann Wellness logo (Attached)





**#144807.1**



## Your Health Is Our Specialty

# Look and Feel Your Best

- ▶ Hair Growth Creams
- ▶ Anesthetic Creams
- ▶ Scar Creams
- ▶ Acne Creams

**702-832-3320** | **NSPRX.com** | **855-557-6595**

**3022 W. Post Rd | Las Vegas, NV 89118**

# Do You Suffer From Nasal Dryness?

Our pharmacists have developed a nasal gel to help soothe your dry and irritated nose.

Nasal dryness can be caused by a variety of conditions, including changes in the weather, colds & flu, CPAP / BIPAP machines, allergies, and more.

Our nasal gel will moisturize and soothe your nose and help to eliminate any dryness or irritation.

## Nasal Gel

- CPAP / BIPAP Use
- Radiation Therapy
- Oxygen Therapy
- Allergies
- Low Humidity
- Colds / Flu / Covid
- Chronic Sinusitis
- Winter Dryness
- Nosebleeds
- Air Travel
- And More

# Do You Have Your White Card?



## We Can Help You Contact Us Today

Direct: 702-832-3320
Toll Free: 855-557-6595

www.NationalSpecialtyPharmacy.com
3022 W. Post Rd | Las Vegas, NV 89118

NSPRX MF V1

#144856.3

# Do You Suffer From Generalized or Neurological Pain?

Our compounded creams are formulated in our pharmacy to give you the personalized treatment you deserve.

Compounded creams have *less* side effects than oral medications and effectively treat both generalized and neurological pain.

Formulated especially for you, our pain creams treat a variety of aches and pains relating to the muscles, skeleton, and joints.

Neurological creams treat nerve related pain and discomfort relating to the nervous system.

We have a talented team of pharmacists that are dedicated to helping you get the personalized treatment you deserve to improve the quality of your life.

Our representatives are waiting to answer any of your questions. Contact us today.

## Pain Creams

- Musculoskeletal Pain
- Joint Pain
- Back Pain
- Post-Surgical Pain
- Accident & Injury Pain
- Migraine Headaches
- Fibromyalgia
- Autoimmune Diseases
- And More

## Neuro Creams

- Chronic Neurological Diseases
- Multiple Sclerosis (MS)
- Neuropathic Pain
- Diabetic Neuropathy
- Peripheral Neuropathy
- Shingles
- Neuralgia
- And More

#144856.2



#144856.1



PROVIDING THE BEST REMOTE CARE.

#144866.1

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** "Independent Rx - Start || Buy Project Team" <projectteam@independent-rx.com>
**Cc:** maybellinesana@gmail.com
**Subject:** Re: Next Week's Scheduled Call
**Date:** Tue, 15 Aug 2023 23:59:18 +0000
**Inline-Images:** AEdFTp6LTAHEe7Wy-Y6uZb4dkE416bKZo5IFkXan7gzu=s96-c

Mike and Owen,

Can we keep our call on this Thursday? I want to focus our discussion around a compounding pharmacy opportunities in New Mexico. I want o find out if you have any open opportunities there and what are the land mines to get in to a pharmacy business there.

If not, I can call you tomorrow around 10am pst. Let me know if that works for you guys.

Thanks

Sameer

On Fri, Aug 4, 2023 at 6:29 AM Independent Rx - Start || Buy Project Team <projectteam@independent-rx.com> wrote:

Sameer and May

Owen will be out of town next week, and I will be out from Wednesday to Friday. Did you want to try and catch up on Monday or Tuesday, or move our call to the following week?

Let me know what works best for you.

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office
937-350-6292 | Fax
7333 Paragon Rd., Suite 160, Centerville, OH 45459

**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!





#144458.1

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

#144458.2

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** Mike Kelley <mike@independent-rx.com>, Owen BonDurant <owen@independent-rx.com>
**Subject:** Corrales Pharmacy in Albuquerque NM.
**Date:** Tue, 22 Aug 2023 20:17:46 +0000

---

Mike and Owen,

We had an initial chat with Corales Pharmacy in Albuquerque.
I would like to send an NDA and start the due diligence process asap.
This looks promising. Can we have a quick chat today?
I left a message to both of you. Will wait to hear from you.

Here are the details:

Corrales Pharmacy

MIke Gallegos

Corralespharmaccy@yahoo.com

(505) 480-6327

Thanks

Sameer

EXHIBIT
55

#144491.1

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** "jackie.guerrero@gmail.com" <jackie.guerrero@gmail.com>
**Subject:** LOI
**Date:** Tue, 31 Oct 2023 00:42:23 +0000
**Attachments:** Letter_of_Intent_JR_Scripts_Inc_2_(003).doc

---

Hi Jackie,

Please find the LOI attached as per our discussion today.
If the terms are generally acceptable, then I will ask one of our team members to visit NM and work on getting to new patients to test the claims for reimbursement immediately.

Thanks

Sameer

EXHIBIT
56



#144532.1

# Letter of Intent

Oct. 30th, 2023

Jacqueline Guerrero
J & R's Scripts, Inc
Phil's Pharmacy
5510 Lomas Blvd NE
Albuquerque, NM 87110

Dear Mrs. Guerrero:

This letter confirms your and our mutual intentions with respect to the potential transaction described herein between Taycann Inc. ("Buyer") and J & R's Scripts, Inc ("Seller").

1. **<u>Terms</u>**.    The principal terms of the proposed transaction will be substantially as follows:

(a) **<u>Real and Effective Acquisition</u>**.    Buyer will acquire 90% of the stock of J & R's Scripts, Inc. free and clear of any debt, security interests, or other encumbrances.

   This stock acquisition will include: (i) the complete prescription files and/or customer lists of the Seller; (ii) the fixed assets of Seller; (iii) any intangible assets of the Seller including but not limited to the use of the trade name (iv) pharmacy and over-the-counter inventory in good standing; (v) the accounts receivable as defined below (vi) the goodwill associated therewith, (vii) all of the licenses and permits of the business including but not limited to: pharmacy licenses – NM State Pharmacy License, DEA, NPI, NCPDP, Medicaid, Medicare; and (viii) the insurance contracts and vendor contracts of seller.

(b) **<u>Consideration</u>**.    The aggregate consideration for the stock and business to be purchased will be $187,000. The purchase price to be allocated as follows: $135,000 for 90% of goodwill, $27,000 for 90% of inventory, to be confirmed and adjusted per a physical count described below, $25,000 for Estimated Net Receivables (as defined below).    $187,000 in cash will be paid at closing.

   • Inventory will be adjusted per a physical inventory taken at the close of business the day prior to closing and based on current acquisition cost or the actual acquisition cost. If the acquisition cost is not

#144620.1

available, the cost will be calculated by a percentage of the retail price. The schedule of discounts from retail shall be mutually agreed upon by Buyer and Seller. Inventory shall be subject to usual exclusions, such as expired or unsalable goods, and adjustments, for such things as generic drug rebates and shall not exceed █████████.

- The price for the real estate to be confirmed by a certified appraisal ordered by the lender. The real estate must meet the minimum appraised value of $██████████████, or the price will be adjusted accordingly.

- **"Estimated Net Receivables"** means the resulting value of (i) eighty-five percent (85%) of the Accounts Receivable *plus* (ii) Net Prorated Item Amounts *less* (iii) Accounts Payable. The Estimated Net Receivables shall be agreed to by the Parties and reflected in the Closing Balance Sheet.

(c) **Due Diligence Review**.    Promptly following the execution of this letter of intent, you will allow us to complete our examination of your financial, accounting and pharmacy records and the contracts and other legal documents and generally to complete due diligence.    The parties will cooperate to complete due diligence expeditiously.

(d) **Definitive Purchase Agreement**.    All of the terms and conditions of the proposed transaction would be stated in the Purchase Agreement, to be negotiated, agreed, and executed by you and us.

(e) **Management Services Agreement.**    As a part of the purchase agreement a service agreement will be created to allow a 90-day period for Buyer and Seller to operate together.    Buyer will be providing resources and revenue opportunities during this period.    The purchase price and terms will not change due to these activities.

(f) **Conduct in Ordinary Course**.    In addition to the conditions discussed herein and any others to be contained in a definitive written purchase agreement (the "Purchase Agreement"), consummation of the acquisition would be subject to having conducted your business in the ordinary course during the period between the date hereof and the date of closing and there having been no material adverse change in your business, financial condition, or prospects.

(g) **Continuation of Employment**.    Simultaneously with the execution of the Purchase Agreement, we would offer employment to substantially all of Seller's employees as well as Seller and would expect the management team to use its reasonable best efforts to assist us to employ these

individuals. This agreement will be finalized as a part of the purchase agreement.

2. **Expenses**.    You and we will pay our respective expenses incident to this letter of intent, the Purchase Agreement and the transactions contemplated hereby and thereby.

3. **Public Announcements**.    Neither you nor we will make any announcement of the proposed transaction contemplated by this letter of intent prior to the execution of the Purchase Agreement without the prior written approval of the other, which approval will not be unreasonably withheld or delayed.    The foregoing shall not restrict in any respect your or our ability to communicate information concerning this letter of intent and the transactions contemplated hereby to your and our, and your and our respective affiliates', officers, directors, employees, and professional advisers, and, to the extent relevant, to third parties whose consent is required in connection with the transaction contemplated by this letter of intent.

4. **Exclusive Negotiating Rights**.    In order to induce us to commit the resources, forego other potential opportunities, and incur the legal, accounting and incidental expenses necessary properly to evaluate the possibility of acquiring the assets and business described above, and to negotiate the terms of, and consummate, the transaction contemplated hereby, you agree that for a period of [90] days after the date hereof, you, your affiliates and your and their respective officers, directors, employees and agents shall not initiate, solicit, encourage, directly or indirectly, or accept any offer or proposal, regarding the possible acquisition by any person other than us, including, without limitation, by way of a purchase of shares, purchase of assets or merger, of all or any substantial part of your equity securities or assets, and shall not (other than in the ordinary course of business as heretofore conducted) provide any confidential information regarding your assets or business to any person other than us and our representatives.

5. **Miscellaneous**.    This letter shall be governed by the substantive laws of the State of New Mexico without regard to conflict of law principles. This letter constitutes the entire understanding and agreement between the parties hereto and their affiliates with respect to its subject matter and supersedes all prior or contemporaneous agreements, representations, warranties, and understandings of such parties (whether oral or written).    No promise, inducement, representation, or agreement, other than as expressly set forth herein, has been made to or by the parties hereto.    This letter may be amended only by written agreement, signed by the parties to be bound by the amendment.

Buyer First and Last Name                      Buyer email                      buyer phone

#144620.3

Evidence shall be inadmissible to show agreement by and between such parties to any term or condition contrary to or in addition to the terms and conditions contained in this letter.     This letter shall be construed according to its fair meaning and not strictly for or against either party.

6. **No Binding Obligation**.     Except for Sections 1(c), 1(e) and 2 through 6, This letter of intent does not constitute or create, and shall not be deemed to constitute or create, any legal or binding or enforceable obligation on the part of either party to this letter of intent.     No such obligation shall be created, except by the execution and delivery of the purchase agreement containing such terms and conditions of the proposed transaction as shall be agreed upon by the parties, and then only in accordance with the terms and conditions of such purchase agreement.

If the foregoing terms and conditions are acceptable to you, please so indicate by initialing each page and signing the enclosed copy of this letter and returning it to the attention of the undersigned.

Sincerely,

Buyer First and Last Name

By: _____

Buyer First and Last Name

ACCEPTED AND AGREED:

J & R's Scripts, Inc

By: _____

Jacqueline Guerrero

Title: _____

Date: _____

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** "Independent Rx - Start || Buy Project Team" <projectteam@independent-rx.com>
**Subject:** Re: Broker Introductions for Sean Duffy & Cynthia Cheng
**Date:** Wed, 03 Apr 2024 21:35:33 +0000
**Inline-Images:** AEdFTp6LTAHEe7Wy-Y6uZb4dkE416bKZo5IFkXan7gzu=s96-c

Mike,

How are you? I am back from India after a 2 months of long visit to care for my aging mom.
I am back and ready to get in action. I am focusing back on Las Vegas.
I will connect with Sean. Let me know if you can look into Vegas as well.

Sameer

On Wed, Apr 3, 2024 at 5:41 AM Independent Rx - Start || Buy Project Team <projectteam@independent-rx.com> wrote:

Sameer,

Sean Duffy received another listing I thought you may be interested in.  Below is all the information he shared in his email, but let me know if you'd like to learn more.

*I just got a pharmacy listing in LA with almost $20 million in sales and a normalized net of $2.7 million.*

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office
937-350-6292 | Fax
7333 Paragon Rd., Suite 160, Centerville, OH 45459
**Independent Rx Start | Buy a Pharmacy Project Team**


   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any



EXHIBIT
57


57

**#144683.1**

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

On February 13, 2024 at 5:19 PM, Independent Rx - Start || Buy Project Team (projectteam@independent-rx.com) wrote:

Sameer,

I'm checking back in on these pharmacies to see if you've spoken with Cynthia and Sean.  I will say, these brokers can give up on us pretty quickly if we are not responsive.

Let me know if you have any questions.

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office
937-350-6292 | Fax 7333 Paragon Rd., Suite 160, Centerville, OH 45459

**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

On February 5, 2024 at 3:31 PM, Independent Rx - Start || Buy Project Team (projectteam@independent-rx.com) wrote:

Sameer,

I hope you had a good weekend.  I'm following up to see if you had a chance to connect with Sean and Cynthia about the stores we discussed.

Let me know if you have any questions so we can start reviewing these.

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office 937-350-6292 | Fax 7333 Paragon Rd., Suite 160, Centerville, OH 45459
**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

On January 30, 2024 at 12:20 PM, Independent Rx - Start || Buy Project Team (projectteam@independent-rx.com) wrote:
Sameer,

I'm following up to see if you had a chance to look at the emails from Sean and Cynthia regarding the opportunities we spoke about on our call last week.

Sean would just like an NDA on file before sharing info and Cynthia would like to get on a quick call because she may have other pharmacy listings, including the one in San Francisco.

Let me know if you have any questions.

Thanks,

#144683.3

**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile 937.522.0175 | Office 937-350-6292 | Fax
7333 Paragon Rd., Suite 160, Centerville, OH 45459

**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality**: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

#144683.4

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** Alexander Levitan <levchik@yahoo.com>
**Subject:** Re: Pharmacies For Sale in California - Retail, Specialty and Compounding Independent Pharmacies Listings for Sale in LA , Ventura, Orange Counties, San Diego. Lake Tahoe. Check them out!
**Date:** Thu, 04 Apr 2024 01:07:37 +0000

---

Alexander,

Thanks a lot. Do you cover Nevada, especially Las Vegas?

I am very interested in compounding pharmacy in Las Vegas area.

Let me know.

Thanks

Sameer

On Wed, Apr 3, 2024 at 5:32 PM Alexander Levitan <levchik@yahoo.com> wrote:

**\*\*\*If you are interested, please add my e-mail address to your e-mail contacts to avoid my emails ending up in the Spam folder. Thank you\*\*\***





#144487.1

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** "Independent Rx - Start || Buy Project Team" <projectteam@independent-rx.com>
**Subject:** Re: Broker Introductions for Sean Duffy & Cynthia Cheng
**Date:** Thu, 04 Apr 2024 20:14:07 +0000
**Inline-Images:** AEdFTp6LTAHEe7Wy-Y6uZb4dkE416bKZo5IFkXan7gzu=s96-c

Mike,

Good to hear from you. I am so happy to be back and dive into the pharmacy opportunities again.
I am OK to start looking at retail only but very high preference to compounding as that is the real goal.
CA is on the back burner for now. Trying to get back into Vegas again. I have a few members of the old crew available to jump in.

Thanks

Sameer

On Thu, Apr 4, 2024 at 7:15 AM Independent Rx - Start || Buy Project Team <projectteam@independent-rx.com> wrote:

Sameer,

Great to hear from you and I'm glad you were able to make the trip to take care of your Mom.  I'm happy to start looking in Las Vegas.  I wanted to double-check on your criteria again.  Is your focus going to be solely on compounding, or are you interested if it's a profitable retail or LTC pharmacy?  Also, are we moving on from any opportunities in California?

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office
937-350-6292 | Fax
7333 Paragon Rd., Suite 160, Centerville, OH 45459
**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged



EXHIBIT

59

59

#144676.1

to consult an attorney.

**Confidentiality**: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA**: Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules. HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information. Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

On April 3, 2024 at 5:35 PM, Sameer Padhye (spadhye50@gmail.com) wrote:
Mike,

How are you? I am back from India after a 2 months of long visit to care for my aging mom.
I am back and ready to get in action. I am focusing back on Las Vegas.
I will connect with Sean. Let me know if you can look into Vegas as well.

Sameer


On Wed, Apr 3, 2024 at 5:41 AM Independent Rx - Start || Buy Project Team <projectteam@independent-rx.com> wrote:
Sameer,

Sean Duffy received another listing I thought you may be interested in. Below is all the information he shared in his email, but let me know if you'd like to learn more.

*I just got a pharmacy listing in LA with almost $20 million in sales and a normalized net of $2.7 million.*

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office
937-350-6292 | Fax 7333 Paragon Rd., Suite 160, Centerville, OH 45459

**Independent Rx Start | Buy a Pharmacy Project Team**



**Start/Buy • Accounting • Sell**

   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged

#144676.2

to consult an attorney.

**Confidentiality**: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

On February 13, 2024 at 5:19 PM, Independent Rx - Start || Buy Project Team (projectteam@independent-rx.com) wrote:

Sameer,

I'm checking back in on these pharmacies to see if you've spoken with Cynthia and Sean.  I will say, these brokers can give up on us pretty quickly if we are not responsive.

Let me know if you have any questions.

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile
937.522.0175 | Office 937-350-6292 | Fax 7333 Paragon Rd., Suite 160, Centerville, OH 45459

**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality**: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules.  HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information.  Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

#144676.3

On February 5, 2024 at 3:31 PM, Independent Rx - Start || Buy Project Team (projectteam@independent-rx.com) wrote:

Sameer,

I hope you had a good weekend. I'm following up to see if you had a chance to connect with Sean and Cynthia about the stores we discussed.

Let me know if you have any questions so we can start reviewing these.

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile 937.522.0175 | Office 937-350-6292 | Fax
7333 Paragon Rd., Suite 160, Centerville, OH 45459
**Independent Rx Start | Buy a Pharmacy Project Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules. HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information. Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

On January 30, 2024 at 12:20 PM, Independent Rx - Start || Buy Project Team (projectteam@independent-rx.com) wrote:

Sameer,

I'm following up to see if you had a chance to look at the emails from Sean and Cynthia regarding the opportunities we spoke about on our call last week.

Sean would just like an NDA on file before sharing info and Cynthia would like to get on a quick call because she may have other pharmacy listings, including the one in San Francisco.

Let me know if you have any questions.

**#144676.4**

Thanks,



**Mike Kelley**

**Pharmacy Services Consultant**
937.265.0741 | Mobile 937.522.0175 | Office 937-350-6292 | Fax
7333 Paragon Rd., Suite 160, Centerville, OH 45459
**Independent Rx Start | Buy a Pharmacy Project
Team**



   

Register for our BUSINESS OF PHARMACY PROGRAM (EARN 9 CEs)!

**Legal Disclaimer:** Any information and guidance included in this communication is for informational purposes only and does not constitute legal information or advice. If you are seeking legal advice, you are encouraged to consult an attorney.

**Confidentiality:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**HIPAA:** Do not send Independent Rx employees emails containing patient health information in violation of HIPAA rules. HIPAA stands for the Health Insurance Portability and Accountability Act and it protects the privacy of patient health information. Independent Rx will immediately delete any emails received containing protected patient health information. Contact us and we will provide a means for you to communicate patient health information in a manner compliant with HIPAA rules.

**#144676.5**

**From:** Sameer Padhye <spadhye50@gmail.com>
**To:** Owen BonDurant <owen@independent-rx.com>, Mike Kelley <mike@independent-rx.com>
**Subject:** Licensing timelines and requirements
**Date:** Tue, 16 Jul 2024 23:01:57 +0000

---

Hi Owen and Mike,

It has been a while. I am still keeping my interest in the Pharmacy business while working full time in a new IT startup in Silicon Valley.

I need some information. let me know if you have any webinar recording or other means to learn on this topic.

- What are the challenges in getting a Caremark, Optum or Medicaid license for an old pharmacy with new ownership?
- what is a general timeframe to get these licenses?
- What is a typical timeline to build a compounding lab / clean room? Are there any inspections involved?

Thanks

Sameer



EXHIBIT
60

#144638.1