# EXHIBIT H

# STATE OF CALIFORNIA
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: 202251717816
Date Filed: 7/28/2022

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Taycan, LLC |
| **Initial Street Address of Principal Office of LLC** | |
| Principal Address | 10211 BYRNE AVE.<br>CUPERTINO, CA 95014 |
| **Initial Mailing Address of LLC** | |
| Mailing Address | 10211 BYRNE AVE.<br>CUPERTINO, CA 95014 |
| Attention | Sameer Padhye |
| **Agent for Service of Process** | |
| California Registered Corporate Agent (1505) | COGENCY GLOBAL INC.<br>Registered Corporate 1505 Agent |
| **Purpose Statement** | |
| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. | |
| **Management Structure** | |
| The LLC will be managed by | One Manager |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Rafael Pacquing*    07/28/2022
Organizer Signature    Date


EXHIBIT 9