1  Nitoj P. Singh (SBN 265005)
   nsingh@dhillonlaw.com
2  Anthony J. Fusaro, Jr. (SBN 345017)
   afusaro@dhillonlaw.com
3  **DHILLON LAW GROUP INC.**
4  177 Post Street, Suite 700
   San Francisco, CA 94108
5  Tel. 415.433.1700

6  *Attorneys for Plaintiff*
7  *National Specialty Pharmacy, LLC*

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>    *Plaintiff*,<br><br>vs.<br><br>SAMEER PADHYE, an individual, BENJAMIN D. BROWN, an individual, and DOES 1 to 49, inclusive,<br><br>    *Defendants*. | Case Number: 5:23-cv-04357-NW<br><br>~~[PROPOSED]~~ **ORDER GRANTING DHILLON LAW GROUP INC.'S APPLICATION FOR AN ORDER SHORTENING TIME ON ITS MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Courtroom:   3 – 5th Floor, San Jose<br>Judge:       Hon. Noel Wise<br><br>Complaint Filed:  August 24, 2023<br>Trial Date:       September 15, 2025<br><br>**\*\*AS MODIFIED\*\*** |

---

1

Order Granting Dhillon Law Group Inc.'s Application for an Order Shortening Time

**ORDER**

The Dhillon Law Group Inc., counsel for Plaintiff National Specialty Pharmacy, LLC, filed an Application for an Order Shortening Time in relation to its Motion to Withdraw as Counsel on July 10, 2025 in the above-entitled matter. Having reviewed the papers and having no opposition, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Counsel for Plaintiff's Application to for An Order Shortening Time is GRANTED;

2. Plaintiff or Defendant shall file any Opposition to the Motion to Withdraw by July 21, 2025.

3. The Dhillon Law Group Inc. shall file any Reply in support of the Motion to Withdraw by July 25, 2025.

4. The Court will hear argument on the Motion to withdraw on July 29, 2025 at 9:30am in San Jose, Courtroom 3, 5th Floor.

Mr. Sanjiv Dhawan, or another individual with the ability to act on behalf of Plaintiff, must be in attendance at the hearing. While the motion is pending, Plaintiff must diligently work to obtain new counsel because an entity requires counsel to litigate its complaint. Once the Plaintiff has found new counsel, the Court will entertain the possibility of a modest continuance of the trail date, if necessary.

IT IS SO ORDERED.

Dated: 7/14/2025

Hon. Noël Wise
United States District Court Judge