Richard H. Poulson (SBN: 178479)
LAW OFFICE OF RICHARD H. POULSON
The Mansard Building
2233 Santa Clara Avenue, Suite 3
Alameda, California 94501
Telephone:     (510) 747-8034
E-mail:         rich@richardpoulsonlaw.com

Attorneys for Defendant
SAMEER PADHYE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMEER PADHYE, *et al.*,<br><br>Defendants. | Case No.: 5:23-CV-4357-NW<br><br>**DEFENDANT SAMEER PADHYE'S OPPOSITION TO DHILLON LAW GROUP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF NATIONAL SPECIALTY PHARMACY LLC**<br><br>Date:         July 29, 2025<br>Time:         9:30 a.m.<br>Courtroom: 3-5th Floor, San Jose<br><br>Trial Date:   September 15, 2025 |

COMES NOW Defendant Sameer Padhye ("Padhye") and hereby submits this limited opposition to Dhillon Law Group's ("DLG") Motion to Withdraw as Counsel of Record for Plaintiff National Specialty Pharmacy, LLC. Specifically, Padhye opposes any request to continue any of the pending hearing or trial dates, including the September 3, 2025 hearing date for Padhye's motion for sanctions pursuant to 28 U.S.C. § 1927 against Plaintiff's lead attorney, Nitoj P. Singh, regardless of whether his firm is relieved of counsel pursuant to this pending motion.

In DLG's motion, it claims that it "continued to provide counsel to Plaintiff in relation to the July 11, 2025 expert disclosure deadline, and will continue to provide counsel to Plaintiff until the Court grants this Motion. (Dkt. No. 133 at p. 5:15-17.) July 11, however, came and went and neither side disclosed experts. As a result, both fact and expert discovery are now closed in this case and there

1  are no grounds to re-open either. Nevertheless, DLG seeks a continuance of these deadlines which
2  Padhye opposes.
3      The next Court deadline for this matter is the deadline to file Joint Pretrial Statement on August
4  20, 2025. While Padhye continues to prepare diligently for the September 15 trial in this matter, he
5  opposes any attempt to continue or reschedule the pending dates.

6  DATED:     July 21, 2025               By:   /s/ Richard H. Poulson
                                                Attorney for Defendant
7                                               SAMEER PADHYE

**DEFENDANT SAMEER PADHYE'S LIMITED OPPOSITION TO MOTION TO WITHDRAW**