UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMEER PADHYE,<br><br>　　　　Defendant. | Case No. 23-cv-04357-NW<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 133 |

On July 10, 2025, Dhillon Law Group Inc. moved to withdraw as counsel for Plaintiff National Specialty Pharmacy, LLC ("NSP"). On July 14, 2025, the Court granted expedited briefing on the motion, ECF No. 136, and ordered Mr. Sanjiv Dhawan, or another individual with the ability to act on behalf of Plaintiff, to attend the hearing. Because NSP is a limited liability company, it must have counsel to proceed in this action.

As scheduled, the Court held a hearing on the motion on July 29, 2025, at 9:30 a.m. The Court intended to ask Mr. Dhawan about his efforts to retain new counsel and NSP's ability to proceed to trial on September 15, 2025, as currently scheduled. Though counsel from Dhillon Law Group (Mr. Nitoj Singh) was in attendance, Mr. Dhawan failed to appear.

Mr. Singh reported that shortly before the hearing, Mr. Dhawan told Mr. Singh that he was ill and could not attend the hearing. The Court took several breaks so that Mr. Singh could talk further with Mr. Dhawan on the phone. During those calls, Mr. Singh confirmed that Mr. Dhawan had not been in an accident, and he was not hospitalized. Instead, Mr. Dhawan was at home. The Court arranged for Mr. Dhawan to attend by Zoom, but Mr. Dhawan claimed to have difficulty accessing Zoom. The Court notes that Zoom was working, as evidenced by the presence of the remote court reporter who was reporting the case on Zoom. Mr. Dhawan then said he would call

into the proceedings, but he failed to do so. At approximately 10:05 a.m., the Court proceeded with the hearing without Mr. Dhawan.

Accordingly, Mr. Dhawan is hereby **ORDERED TO SHOW CAUSE** why the Court should not impose monetary or other sanctions, up to including dismissal of this action, against him personally, and the Plaintiff, for failing to appear at the hearing in violation of the Court's July 14 Order.

The Court will hold a hearing on this Order to Show Cause on August 19, 2025 at 11:00 a.m. in Courtroom 3, Fifth Floor, 280 South First Street, San Jose, California 95113. Mr. Dhawan is **ORDERED** to attend the August 19, 2025 hearing in person.

Additionally, if Mr. Dhawan opposes the Order to Show Cause, he must file a written opposition no later than August 5, 2025, which must include:

1. A declaration from Mr. Dhawan, signed under penalty of perjury, explaining the alleged medical emergency that prohibited his attendance in Court on July 29, 2025;
2. A letter or other documentation from a medical provider confirming the medical issues underlying Mr. Dhawan's medical emergency, including when he was first treated for the alleged medical issue;
3. Records demonstrating when and how Mr. Dhawan became aware of the issues underlying his medical emergency on July 29, 2025; and
4. Records demonstrating that Mr. Dhawan received treatment for his medical emergency on or about July 29, 2025.[1]

The hearing on the motion to withdraw as counsel is **CONTINUED** to August 19, 2025, at 11:00 a.m., and will occur directly following the hearing on the Order to Show Cause.

\\

\\

\\

---

[1] Mr. Dhawan may redact personal identifying and health information from the materials discussed above as necessary to maintain his privacy.

1   The deadline for the parties to file a joint pretrial statement and motions in limine is
2   **CONTINUED** to September 3, 2025.
3   **IT IS SO ORDERED.**
4   Dated:  July 30, 2025

_____
Noël Wise
United States District Judge